# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-081-315**

Effective date of registration:

June 14, 2010

---

## Title
**Title of Work:** WALTER

## Completion/Publication
**Year of Completion:** 1987

## Author
- **Author:** Jeff Dunham
- **Author Created:** sculpture/3-D artwork
- **Work made for hire:** No
- **Citizen of:** United States    **Domiciled in:** United States
- **Year Born:** 1962

## Copyright claimant
**Copyright Claimant:** Jeff Dunham
c/o Power & Twersky Business Management Group, 13801 Ventura Boulevard, Sherman Oaks, CA, 91423, United States

## Rights and Permissions
- **Organization Name:** c/o Power & Twersky Business Management Group
- **Name:** Jeff Dunham
- **Email:** john@ptbmg.com    **Telephone:** 818-793-5730
- **Address:** 13801 Ventura Boulevard
  Sherman Oaks, CA 91423  United States

## Certification
- **Name:** Stanley W. Sokoloff
- **Date:** June 14, 2010
- **Applicant's Tracking Number:** 007962.C001

---

**Correspondence:** Yes

**Registration #:** VAU001081315
**Service Request #:** 1-423708481



Blakely, Sokoloff, Taylor & Zafman LLP
Stanley W. Sokoloff
12400 Wilshire Boulevard
7th Floor
Los Angeles, CA 90025  United States

EXHIBIT A
PAGE 35

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

VA 1-723-423

Effective date of registration:

June 14, 2010

## Title
- **Title of Work:** ACHMED
- **Previous or Alternative Title:** ACHMED THE DEAD TERRORIST

## Completion/Publication
- **Year of Completion:** 2006
- **Date of 1st Publication:** November 1, 2006
- **Nation of 1st Publication:** United States

## Author
- **Author:** Jeff Dunham
- **Author Created:** sculpture/3-D artwork
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1962

## Copyright claimant
- **Copyright Claimant:** Jeff Dunham
  c/o Power & Twersky Business Management Group 13801 Ventura Boulevard, Sherman Oaks, CA, 91423, United States

## Rights and Permissions
- **Organization Name:** c/o Power & Twersky Business Management Group
- **Name:** Jeff Dunham
- **Email:** john@ptbmg.com
- **Telephone:** 818-793-5730
- **Address:** 13801 Ventura Boulevard
  Sherman Oaks, CA 91423 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-081-316

**Effective date of registration:**

June 14, 2010

## Title
| | |
|---|---|
| **Title of Work:** | JOSE JALAPENO ON A STEEK! |
| **Previous or Alternative Title:** | JOSE JALAPENO ON A STICK |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 1983 |

## Author
| | |
|---|---|
| **Author:** | Jeff Dunham |
| **Author Created:** | sculpture/3-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1962 |

## Copyright claimant
| | |
|---|---|
| **Copyright Claimant:** | Jeff Dunham |
| | c/o Power & Twersky Business Management Group, 13801 Ventura Boulevard, Sherman Oaks, CA, 91423, United States |

## Rights and Permissions
| | |
|---|---|
| **Organization Name:** | c/o Power & Twersky Business Management Group |
| **Name:** | Jeff Dunham |
| **Email:** | john@ptbmg.com |
| **Telephone:** | 818-793-5730 |
| **Address:** | 13801 Ventura Boulevard |
| | Sherman Oaks, CA 91423   United States |

## Certification
| | |
|---|---|
| **Name:** | Stanley W. Sokoloff |
| **Date:** | June 14, 2010 |
| **Applicant's Tracking Number:** | 007964.C004 |

**Registration #:** VAU001081316

**Service Request #:** 1-423708732



Blakely, Sokoloff, Taylor & Zafman LLP
Stanley W. Sokoloff
12400 Wilshire Boulevard
7th Floor
Los Angeles, CA 90025  United States

EXHIBIT A
PAGE 38

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-081-417

**Effective date of registration:**

March 17, 2011

---

## Title
**Title of Work:** PEANUT

## Completion/Publication
**Year of Completion:** 1988

## Author
- **Author:** Jeff Dunham
- **Author Created:** 3-dimensional artwork
- **Citizen of:** United States
- **Year Born:** 1962

## Copyright claimant
**Copyright Claimant:** Jeff Dunham
13801 Ventura Boulevard, Sherman Oaks, CA, 91423

## Certification
**Name:** Jeff Dunham
**Date:** March 15, 2011

---

**Correspondence:** Yes



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = dunham, jeff
Search Results: Displaying 22 of 50 entries



### BUBBA J.

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001789343 / 2011-03-17 |
| **Application Title:** | BUBBA J. |
| **Title:** | BUBBA J. |
| **Description:** | 4 p. |
| **Copyright Claimant:** | Stanley W. Sokoloff. Address: 12400 Wilshire Boulevard, 7th Floor, Los Angeles, CA, 90025, US. |
| **Date of Creation:** | 1993 |
| **Date of Publication:** | 1993-07-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jeff Dunham, 1962- ; Citizenship: United States. Authorship: 3-Dimensional artwork. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Dunham, Jeff, 1962-<br>Sokoloff, Stanley W. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page