

# ACHMED

**Reg. No. 3,685,560**
Registered Sep. 22, 2009

**Int. Cl.: 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
13801 VENTURA BOULEVARD
C/O POWER & TWERSKY BUSINESS MGMT. GROUP
SHERMAN OAKS, CA 91423

FOR: GAMES AND PLAYTHINGS, NAMELY, TALKING DOLL AND CHRISTMAS ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-11-2008; IN COMMERCE 12-11-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-674,272, FILED 2-19-2009.

JULIE WATSON, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# ACHMED

**Reg. No. 3,889,166**
**Registered Dec. 14, 2010**
**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: T-SHIRTS, HOODED SWEATSHIRTS AND ONE PIECE GARMENTS FOR INFANTS AND TODDLERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-16-2008; IN COMMERCE 8-16-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-968,910, FILED 3-25-2010.

JANICE KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# ACHMED

**Reg. No. 4,564,283**  
**Registered July 8, 2014**  
**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)  
C/O LEVITY ENTERTAINMENT GROUP  
6701 CENTER DRIVE WEST, STE. 1111  
LOS ANGELES, CA 90045

FOR: BLANKET THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-0-2010; IN COMMERCE 12-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,685,560, 3,877,121 AND OTHERS.

SER. NO. 86-163,939, FILED 1-13-2014.

ANNE MADDEN, EXAMINING ATTORNEY



**Deputy Director of the United States**  
**Patent and Trademark Office**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,676,291

**United States Patent and Trademark Office**    Registered Sep. 1, 2009

TRADEMARK
PRINCIPAL REGISTER

# I KEEL YOU!

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
13801 VENTURA BOULEVARD
C/O POWER & TWERSKY BUSINESS MGMT. GROUP
SHERMAN OAKS, CA 91423

FOR: CLOTHING, NAMELY, T-SHIRTS AND ONESIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-7-2008; IN COMMERCE 3-7-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-674,234, FILED 2-19-2009.

STEPHANIE ALI, EXAMINING ATTORNEY



# I KEEL YOU!

**Reg. No. 3,916,359**

**Registered Feb. 8, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

DUNHAM, JEFF (UNITED STATES INDIVIDUAL)
6701 CENTER DRIVE WEST, SUITE 1111
C/O LEVITY ENTERTAINMENT GROUP
LOS ANGELES, CA 90045

FOR: CLOTHING, NAMELY, CAPS AND HOODED SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-18-2009; IN COMMERCE 9-18-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,676,291.

SER. NO. 85-002,027, FILED 3-30-2010.

JANICE KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# I KEEL YOU!

**Reg. No. 4,484,866**  
**Registered Feb. 18, 2014**  
**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-14-2013; IN COMMERCE 6-14-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,676,291, 3,685,558 AND OTHERS.

SER. NO. 86-006,993, FILED 7-10-2013.

KRISTIN DAHLING, EXAMINING ATTORNEY



*Deputy Director of the United States*
*Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office

# I KEEL YOU!

**Reg. No. 4,564,284**  
**Registered July 8, 2014**  
**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)  
C/O LEVITY ENTERTAINMENT GROUP  
6701 CENTER DRIVE WEST, STE. 1111  
LOS ANGELES, CA 90045

FOR: BLANKET THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-0-2010; IN COMMERCE 12-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,676,291, 3,685,558 AND OTHERS.

SER. NO. 86-163,941, FILED 1-13-2014.

ANNE MADDEN, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office



# BUBBA J

**Reg. No. 3,870,074**
**Registered Nov. 2, 2010**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

DUNHAM, JEFF (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-968,952, FILED 3-25-2010.

JANICE KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# BUBBA J

**Reg. No. 3,872,850**  
**Registered Nov. 9, 2010**  
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
6701 CENTER DRIVE WEST, SUITE 1111
C/O LEVITY ENTERTAINMENT GROUP
LOS ANGELES, CA 90045

FOR: T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-22-2008; IN COMMERCE 11-22-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-968,992, FILED 3-25-2010.

JANICE KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# JEFF DUNHAM

**Reg. No. 3,890,294**
**Registered Dec. 14, 2010**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: TALKING DOLLS AND PLASTIC DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-31-1996; IN COMMERCE 5-31-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "JEFF DUNHAM" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 85-043,191, FILED 5-19-2010.

ERNEST SHOSHO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



**United States of America**
United States Patent and Trademark Office

# JEFF DUNHAM

**Reg. No. 3,889,473**
**Registered Dec. 14, 2010**
**Int. Cl.: 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: CLOTHING, NAMELY, T-SHIRTS, CAPS, HOODED SWEATSHIRTS AND HOODED PULLOVERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-10-2008; IN COMMERCE 4-10-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES JEFF DUNHAM, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 85-001,334, FILED 3-29-2010.

ERNEST SHOSHO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# JEFF DUNHAM

| | |
|---|---|
| **Reg. No. 3,896,678** | JEFF DUNHAM (UNITED STATES INDIVIDUAL) |
| | C/O LEVITY ENTERTAINMENT GROUP |
| **Registered Dec. 28, 2010** | 6701 CENTER DRIVE WEST, SUITE 1111 |
| | LOS ANGELES, CA 90045 |
| **Int. Cl.: 9** | |
| | FOR: CDS, DVDS FEATURING COMEDY ROUTINES AND MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | |
| | FIRST USE 4-11-2006; IN COMMERCE 4-11-2006. |
| **PRINCIPAL REGISTER** | |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "JEFF DUNHAM", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 85-001,346, FILED 3-29-2010.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# JEFF DUNHAM

**Reg. No. 3,890,270**

**Registered Dec. 14, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: ENTERTAINMENT SERVICES, NAMELY, LIVE AND TELEVISED APPEARANCES BY A PROFESSIONAL ENTERTAINER, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-31-1976; IN COMMERCE 12-31-1976.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "JEFF DUNHAM", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 85-035,446, FILED 5-11-2010.

ERNEST SHOSHO, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*



# JEFF DUNHAM

**Reg. No. 4,564,159**  
**Registered July 8, 2014**  
**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)  
C/O LEVITY ENTERTAINMENT GROUP  
6701 CENTER DRIVE WEST, STE. 1111  
LOS ANGELES, CA 90045

FOR: REUSABLE SHOPPING BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-0-2011; IN COMMERCE 3-0-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "JEFF DUNHAM", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 86-133,851, FILED 12-3-2013.

ANNE MADDEN, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# JEFF DUNHAM

**Reg. No. 4,564,285**  
**Registered July 8, 2014**  
**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)  
C/O LEVITY ENTERTAINMENT GROUP  
6701 CENTER DRIVE WEST, STE. 1111  
LOS ANGELES, CA 90045

FOR: BLANKET THROWS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-0-2010; IN COMMERCE 12-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,889,468, 3,889,470 AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "JEFF DUNHAM", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 86-163,943, FILED 1-13-2014.

ANNE MADDEN, EXAMINING ATTORNEY



*Michelle K. Lee*  
**Deputy Director of the United States**  
**Patent and Trademark Office**



**United States of America**
*United States Patent and Trademark Office*

# JOSÉ JALAPEÑO ON A STEEK!

| | |
|---|---|
| **Reg. No. 4,484,865** | JEFF DUNHAM (UNITED STATES INDIVIDUAL) |
| **Registered Feb. 18, 2014** | C/O LEVITY ENTERTAINMENT GROUP<br>6701 CENTER DRIVE WEST, SUITE 1111<br>LOS ANGELES, CA 90045 |
| **Int. Cl.: 28** | FOR: DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | FIRST USE 5-13-2013; IN COMMERCE 5-13-2013. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 86-006,992, FILED 7-10-2013. |
| | KRISTIN DAHLING, EXAMINING ATTORNEY |



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office



# PEANUT

**Reg. No. 3,882,782**
**Registered Nov. 30, 2010**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: CLOTHING, NAMELY, T-SHIRTS AND HOODED SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-10-2008; IN COMMERCE 4-10-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-001,172, FILED 3-29-2010.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

EXHIBIT B
PAGE 57



# PEANUT

**Reg. No. 3,870,713**  
**Registered Nov. 2, 2010**  
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

DUNHAM, JEFF (UNITED STATES INDIVIDUAL)  
C/O LEVITY ENTERTAINMENT GROUP  
6701 CENTER DRIVE WEST, SUITE 1111  
LOS ANGELES, CA 90045

FOR: TALKING DOLLS AND PLASTIC DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-1996; IN COMMERCE 3-31-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-043,154, FILED 5-19-2010.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# WALTER

| | |
|---|---|
| **Reg. No. 3,870,714** | DUNHAM, JEFF (UNITED STATES INDIVIDUAL) |
| | C/O LEVITY ENTERTAINMENT GROUP |
| **Registered Nov. 2, 2010** | 6701 CENTER DRIVE WEST, SUITE 1111 |
| | LOS ANGELES, CA 90045 |
| **Int. Cl.: 28** | |
| | FOR: TALKING DOLLS AND PLASTIC DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | FIRST USE 6-30-1998; IN COMMERCE 6-30-1998. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 85-043,170, FILED 5-19-2010. |
| | LINDA MICKLEBURGH, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office



# WALTER

**Reg. No. 3,870,490**
**Registered Nov. 2, 2010**
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

JEFF DUNHAM (UNITED STATES INDIVIDUAL)
C/O LEVITY ENTERTAINMENT GROUP
6701 CENTER DRIVE WEST, SUITE 1111
LOS ANGELES, CA 90045

FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-4-2008; IN COMMERCE 4-4-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-001,262, FILED 3-29-2010.

LINDA MICKLEBURGH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office