



# Storefronts directory

- Jeff Dunham



**Service**

Track Order

FAQ

Returns & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

English (United States)

$ USD

support@teechili.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

Powered by



© 2020 TeeChili    Terms & Privacy    DMCA

Terms & Privacy    DMCA

EXHBIT C
PAGE 62

4/16/2020  Limited Edition

 

< Jeff Dunham



EXHBIT C
PAGE 63

From **Jeff Dunham**

Limited Edition Sleeveless Tee

**$28.95** ~~$33.95~~

**Product:**

| Sleeveless Tee - $28.95 | ⌄ |
|---|---|



**Color:** Navy

⬤ ⬤ ⬤

**Size:** Select a Size                                                      Size Guide

| S | M | L | XL | 2XL |
|---|---|---|---|---|

**Qty:** 1

| 1 ⌄ |       🚫 **Out of Stock**

| **Add To Cart** |

---

## Campaign Details



*Just Released and Only Here for a LIMITED TIME!*
*Not Available In Stores*

**Each item is printed on super soft premium material! 100% Designed, Shipped, and Printed in the U.S.A.**
*Tip: Tag your friend and buy together to save on shipping!*

*Safe and Secure Checkout*
*Paypal | VISA | Mastercard |*

---

## Product Details

- Ribbed and double stitched collar and armholes
- High-density fabric for vivid print clarity

EXHBIT C
PAGE 64

- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

<u>Read about our latest update on COVID-19</u>

## Tags

Animal Jokes          Entertainment          Humor          Interests

Share campaign

 Share

⚑ <u>Report this campaign</u>



### Service

Track Order

FAQ

Returns & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

English (United States) ▾

$ USD ▾

support@teechili.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

Powered by
TeeChip

© 2020 TeeChili    Terms & Privacy    DMCA          Terms & Privacy    DMCA



‹ Jeff Dunham



**From Jeff Dunham**

Limited Edition Crewneck Sweatshirt

**$33.99** ~~$39.95~~

⏰ **10:13:13** left to buy

**Product:**

Crewneck Sweatshirt - $33.99　　⌄

         

**Color:** Black

      


**Size:** Select a Size　　　　　　　　　　　　　　　　　　Size Guide

| S | M | L | XL | 2XL |

| 3XL | 4XL | 5XL |

**Qty:** 1

1 ⌄

**Add To Cart**

Last day to order!

## Campaign Details

 BEST SELLER

*Just Released and Only Here for a LIMITED TIME!*
*Not Available In Stores*

*Each item is printed on super soft premium material! 100% Designed, Shipped, and Printed in the U.S.A.*

*Tip: Tag your friend and buy together to save on shipping!*

*Safe and Secure Checkout*
*Paypal | VISA | Mastercard |*

## Product Details

- Ribbed and double stitched collar and sleeve
- High-density fabric for vivid print clarity
- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

## Tags

Interests     Entertainment     Humor     Animal Jokes

Share campaign

 Share

 Report this campaign



| Service | Explore | |
|---|---|---|
| Track Order | Popular Storefronts | English (United States) |
| FAQ | Tags directory | $ USD |
| Returns & Exchanges | | support@teechili.com |
| Contact Us | | 211 N Pennsylvania St. Suite 600 |

EXHBIT C
PAGE 68

Indianapolis, IN 46204

    

Powered by

TeeChip

© 2020 TeeChili    Terms & Privacy    DMCA        Terms & Privacy    DMCA

EXHBIT C
PAGE 69

  

‹ Jeff Dunham



EXHBIT C
PAGE 70

From **Jeff Dunham**

Limited Edition Classic T-Shirt

**$24.99** ~~$28.95~~

---

🕐 **10:09:00** left to buy

---

**Product:**

| Classic T-Shirt - $24.99 ⌄ |
| --- |

         

**Color:** Black

**Size:** Select a Size                                                   Size Guide

| S | M | L | XL | 2XL |
| --- | --- | --- | --- | --- |
| 3XL | 4XL | 5XL | 6XL | |

**Qty:** 1

| 1 ⌄ |
| --- |

**Add To Cart**

Last day to order!

---

**Campaign Details**



*Just Released and Only Here for a LIMITED TIME!*
*Not Available In Stores*

*Each item is printed on super soft premium material! 100% Designed, Shipped, and Printed in the U.S.A.*

*Tip: Tag your friend and buy together to save on shipping!*

*Safe and Secure Checkout*
*Paypal | VISA | Mastercard |*

## Product Details

- Ribbed and double stitched collar
- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

## Tags

Interests        Entertainment        Humor        Animal Jokes

Share campaign

[ f  Share ]

⚑ Report this campaign



| Service | Explore | |
| --- | --- | --- |
| | | English (United States) ⇕ |
| Track Order | Popular Storefronts | |
| | | $ USD ⇕ |
| FAQ | Tags directory | |
| | | support@teechili.com |
| Returns & Exchanges | | |
| | | 211 N Pennsylvania St. Suite 600 |
| Contact Us | | Indianapolis, IN 46204 |

EXHBIT C
PAGE 72



Powered by
TeeChip

© 2020 TeeChili    Terms & Privacy    DMCA      Terms & Privacy    DMCA

EXHBIT C
PAGE 73

   

< Jeff Dunham



EXHBIT C
PAGE 74



From **Jeff Dunham**

Limited Edition Fleece Blanket

**$59.99** ~~$68.95~~

---

⏰ **07:24:21** left to buy

---

**Product:**

| Fleece Blanket - $59.99 ▼ |
|---|

         

**Style:** Large Fleece Blanket - 60" X 80"

| Large Fleece Blanket - 60" X 80" ▼ |
|---|

**Color:** Black

      

**Qty:** 1

| 1 ▼ |
|---|

**Add To Cart**

Last day to order!

---

**Campaign Details**



*Just Released and Only Here for a LIMITED TIME!*
*Not Available In Stores*

**Each item is printed on super soft premium material! 100% Designed, Shipped, and Printed in the U.S.A.**
*Tip: Tag your friend and buy together to save on shipping!*

*Safe and Secure Checkout*
*Paypal | VISA | Mastercard |*

## Product Details

- Measures 60in x 80in
- Super soft, coral fleece
- 100% polyester
- Machine-wash safe
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

## Tags

Animal Jokes    Entertainment    Humor

Share campaign

[ f Share ]

⚑ Report this campaign



### Service

Track Order

FAQ

Returns & Exchanges

Contact Us

### Explore

Popular Storefronts

Tags directory

English (United States)

$ USD

support@teechili.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

Powered by
TeeChip

© 2020 TeeChili    Terms & Privacy    DMCA                    Terms & Privacy    DMCA

EXHBIT C
PAGE 77

‹ Jeff Dunham





From **Jeff Dunham**

Limited Edition Classic T-Shirt

**$24.99** $28.95

---

⏰ **10:03:54** left to buy

---

**Product:**

| Classic T-Shirt - $24.99 ⌄ |
| --- |

         

**Color:** Black

      


**Size:** Select a Size                                                                 Size Guide

| S | M | L | XL | 2XL |
| --- | --- | --- | --- | --- |
| 3XL | 4XL | 5XL | 6XL | |

**Qty:** 1

| 1 ⌄ |
| --- |

| **Add To Cart** |
| --- |

Last day to order!

---

**Campaign Details**



*Just Released and Only Here for a LIMITED TIME!*
*Not Available In Stores*

*Each item is printed on super soft premium material! 100% Designed, Shipped, and Printed in the U.S.A.*

*Tip: Tag your friend and buy together to save on shipping!*

*Safe and Secure Checkout*
*Paypal | VISA | Mastercard |*

## Product Details

- Ribbed and double stitched collar
- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

## Tags

Interests     Entertainment     Humor     Animal Jokes

Share campaign

  f  Share

⚑ Report this campaign



**Service**

Track Order

FAQ

Returns & Exchanges

Contact Us

**Explore**

Popular Storefronts

Tags directory

English (United States)  ⇕

$ USD  ⇕

support@teechili.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

EXHBIT C
PAGE 80



Powered by
TeeChip

© 2020 TeeChili    Terms & Privacy    DMCA        Terms & Privacy    DMCA

EXHBIT C
PAGE 81





EXHBIT C
PAGE 83





EXHIBIT C
PAGE 85





What are you looking for?

Track your order

Jeff Dunham     Entertainment

Home > Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

Showing **1,024** Items

Sort: Top Selling

**SHOP FOR** —

- Men's
- Women's
- Youth
- Accessories
- Home & Living

**PRODUCT TYPE** —

- T-Shirts
- Hoodies
- Sweatshirts
- Long sleeve shirt
- Unisex tank
- Drawstring Bags

+ Show more

**CATEGORY** +

**COLOR** +

Limited Edition
**$29.95** $34.95     9 colors
Add to cart

Limited Edition
**$24.99** $28.95     8 colors
Add to cart

Limited Edition
**$28.95** $33.95     4 colors
Add to cart

Limited Edition
**$27.95** $32.95     6 colors
Add to cart

Limited Edition
**$28.95** $33.95
Add to cart

Limited Edition
**$42.99** $49.95     9 colors
Add to cart





What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

Showing **1,024** Items

Sort: Top Selling

**SHOP FOR** —

- ○ Men's
- ○ Women's
- ○ Youth
- ○ Accessories
- ○ Home & Living

**PRODUCT TYPE** —

- ☐ T-Shirts
- ☐ Hoodies
- ☐ Sweatshirts
- ☐ Long sleeve shirt
- ☐ Unisex tank
- ☐ Drawstring Bags
- + Show more

**CATEGORY** +

**COLOR** +

Limited Edition
**$25.95** $29.95    3 colors
Add to cart

Limited Edition
**$19.95** $22.95
Add to cart

Limited Edition
**$33.99** $39.95    10 colors
Add to cart

Limited Edition
**$29.95** $34.95    9 colors
Add to cart

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

Limited Edition
**$28.95** $33.95
Add to cart





EXHBIT C
PAGE 89

Jeff Dunham    Entertainment

Track your order

Home > Jeff Dunham

# Jeff Dunham

Best gift for you!

Showing **1,024** items

Sort: Top Selling ⌄

≡ **Filter**

**SHOP FOR** —

○ Men's
○ Women's
○ Youth
○ Accessories
○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts
☐ Hoodies
☐ Sweatshirts
☐ Long sleeve shirt
☐ Unisex tank
☐ Drawstring Bags

+ Show more

**CATEGORY** +

**COLOR** +



Limited Edition
**$42.99** $49.95          9 colors
**Add to cart**

Limited Edition
**$25.95** $29.95
**Add to cart**

Limited Edition
**$19.95** $22.95
**Add to cart**



Limited Edition
**$25.99** $29.95          7 colors
**Add to cart**



Limited Edition
**$25.95** $29.95          3 colors
**Add to cart**



Limited Edition
**$33.99** $39.95          10 colors
**Add to cart**







EXHIBIT C
PAGE 90



EXHIBIT C
PAGE







Limited Edition
**$25.95** ~~$29.95~~

**Add to cart**



Limited Edition
**$25.95** ~~$29.95~~    3 colors

**Add to cart**



Limited Edition
**$33.99** ~~$39.95~~    10 colors

**Add to cart**



Limited Edition
**$29.95** ~~$34.95~~    9 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~    8 colors

**Add to cart**



Limited Edition
**$28.95** ~~$33.95~~    4 colors

**Add to cart**



Limited Edition
**$27.95** ~~$32.95~~    6 colors

**Add to cart**



Limited Edition
**$28.95** ~~$33.95~~

**Add to cart**



Limited Edition
**$42.99** ~~$49.95~~    9 colors

**Add to cart**

EXHBIT C
PAGE 92







Limited Edition
**$19.95** $22.95

Add to cart

Limited Edition
**$25.99** $29.95    7 colors

Add to cart

Limited Edition
**$25.95** $29.95

Add to cart



Limited Edition
**$25.95** $29.95    3 colors

Add to cart

Limited Edition
**$33.99** $39.95    10 colors

Add to cart

Limited Edition
**$29.95** $34.95    9 colors

Add to cart







Limited Edition
**$24.99** $28.95    8 colors

Add to cart

Limited Edition
**$28.95** $33.95    4 colors

Add to cart

Limited Edition
**$28.95** $33.95

Add to cart

  

Limited Edition | Limited Edition | Limited Edition
$27.95 $32.95   6 colors | $42.99 $49.95   9 colors | $25.99 $29.95   7 colors

**Add to cart** | **Add to cart** | **Add to cart**

  

Limited Edition | Limited Edition | Limited Edition
$25.95 $29.95 | $19.95 $22.95 | $25.95 $29.95   3 colors

**Add to cart** | **Add to cart** | **Add to cart**

 

Limited Edition | Limited Edition | Limited Edition
$33.99 $39.95   10 colors | $29.95 $34.95   9 colors | $24.95 $28.95   8 colors

**Add to cart** | **Add to cart** | **Add to cart**

EXHBIT C
PAGE 94



Home › Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

**SHOP FOR** —

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

＋ Show more

**CATEGORY** ＋

**COLOR** ＋

Showing **1,024** items

Sort: Top Selling ⌄

Limited Edition
**$33.99** ~~$39.95~~    10 colors
Add to cart

Limited Edition
**$29.95** ~~$34.95~~    9 colors
Add to cart

Limited Edition
**$24.99** ~~$28.95~~    8 colors
Add to cart

Limited EXHBIT C
**$27.95** PAGE 95    6 colors

Limited Edition
**$28.95** ~~$33.95~~

Limited Edition
**$28.95** ~~$33.95~~    4 colors







Limited Edition
**$42.99** ~~$49.95~~   9 colors

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~

**Add to cart**

Limited Edition
**$19.95** ~~$22.95~~

**Add to cart**





Limited Edition
**$25.99** ~~$29.95~~   7 colors

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~   3 colors

**Add to cart**

Limited Edition
**$33.99** ~~$39.95~~   10 colors

**Add to cart**

EXHBIT C
PAGE 96





Limited Edition
**$29.95** ~~$34.95~~        9 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~        8 colors

Add to cart

Limited Edition
**$27.95** ~~$32.95~~        6 colors

Add to cart





Limited Edition
**$28.95** ~~$33.95~~

Add to cart

Limited Edition
**$28.95** ~~$33.95~~        4 colors

Add to cart

Limited Edition
**$42.99** ~~$49.95~~        9 colors

Add to cart





EXHIBIT C
PAGE 97



Limited Edition
**$25.95** $29.95

**Add to cart**

Limited Edition
**$25.99** $29.95    7 colors

**Add to cart**



Limited Edition
**$25.95** $29.95    3 colors

**Add to cart**



Limited Edition
**$19.95** $22.95

**Add to cart**



Limited Edition
**$33.99** $39.95    10 colors

**Add to cart**



Limited Edition
**$29.95** $34.95    9 colors

**Add to cart**

EXHBIT C
PAGE 98







Limited Edition
**$24.99** ~~$28.95~~    8 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~    4 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~

**Add to cart**







Limited Edition
**$27.95** ~~$32.95~~    6 colors

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~    9 colors

**Add to cart**

Limited Edition
**$25.99** ~~$29.95~~    7 colors

**Add to cart**

EXHBIT C
PAGE 99







Limited Edition
**$25.95** ~~$29.95~~

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~    3 colors

**Add to cart**

Limited Edition
**$19.95** ~~$22.95~~

**Add to cart**



Limited Edition
**$33.99** ~~$39.95~~    10 colors

**Add to cart**

Limited Edition
**$29.95** ~~$34.95~~    9 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~    8 colors

**Add to cart**

EXHBIT C
PAGE 100









Limited Edition
**$28.95** ~~$33.95~~   4 colors


Add to cart

Limited Edition
**$27.95** ~~$32.95~~   6 colors
Add to cart

Limited Edition
**$28.95** ~~$33.95~~
Add to cart







Limited Edition
**$42.99** ~~$49.95~~   9 colors
Add to cart

Limited Edition
**$25.95** ~~$29.95~~
Add to cart

Limited Edition
**$25.99** ~~$29.95~~   7 colors
Add to cart

EXHBIT C











Limited Edition | Limited Edition | Limited Edition
$19.95 ~~$22.95~~ | $25.95 ~~$29.95~~    3 colors | $33.99 ~~$39.95~~    10 colors

[Add to cart] | [Add to cart] | [Add to cart]





Limited Edition | Limited Edition | Limited Edition
$29.95 ~~$34.95~~    9 colors | $24.99 ~~$28.95~~    8 colors | $27.95 ~~$32.95~~    6 colors

[Add to cart] | [Add to cart] | [Add to cart]





EXHIBIT C
PAGE 103





Limited Edition
**$19.95** ~~$22.95~~

Limited Edition
**$25.95** ~~$29.95~~   3 colors

Limited Edition
**$25.95** ~~$29.95~~

Add to cart

Add to cart

Add to cart





Limited Edition
**$25.99** ~~$29.95~~   7 colors

Limited Edition
**$33.99** ~~$39.95~~   10 colors

Limited Edition
**$29.95** ~~$34.95~~   9 colors

Add to cart

Add to cart

Add to cart





EXHIBIT C
PAGE 04









Limited Edition

**$33.99** ~~$39.95~~    10 colors

Add to cart

Limited Edition

**$29.95** ~~$34.95~~    9 colors

Add to cart

Limited Edition

**$24.99** ~~$28.95~~    8 colors

Add to cart







Limited Edition

**$28.95** ~~$33.95~~

Add to cart

Limited Edition

**$28.95** ~~$33.95~~    4 colors

Add to cart

Limited Edition

**$27.95** ~~$32.95~~    6 colors

Add to cart







Limited Edition
**$42.99** $49.95    9 colors

**Add to cart**

Limited Edition
**$25.95** $29.95

**Add to cart**

Limited Edition
**$25.95** $29.95    3 colors

**Add to cart**







Limited Edition
**$25.99** $29.95    7 colors

**Add to cart**

Limited Edition
**$19.95** $22.95

**Add to cart**

Limited Edition
**$33.99** $39.95    10 colors

**Add to cart**

EXHBIT C
PAGE 107

  

Limited Edition        Limited Edition        Limited Edition
**$29.95** $34.95   9 colors   **$24.99** $28.95   8 colors   **$27.95** $32.95   6 colors

| Add to cart | Add to cart | Add to cart |

   

Limited Edition        Limited Edition        Limited Edition
**$28.95** $33.95   4 colors   **$28.95** $33.95   **$42.99** $49.95   9 colors

| Add to cart | Add to cart | Add to cart |

   

PAGE 108



**Limited Edition**
**$25.95** ~~$29.95~~   3 colors

Add to cart



**Limited Edition**
**$33.99** ~~$39.95~~   10 colors

Add to cart



**Limited Edition**
**$29.95** ~~$34.95~~   9 colors

Add to cart



**Limited Edition**
**$24.99** ~~$28.95~~   8 colors

Add to cart

**Limited Edition**
**$27.95** ~~$32.95~~   6 colors

Add to cart



**Limited Edition**
**$28.95** ~~$33.95~~

Add to cart

EXHBIT C
PAGE 109

teechili.com/stores/lichjeff/page/18

Home › Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

SHOP FOR —

- ○ Men's
- ○ Women's
- ○ Youth
- ○ Accessories
- ○ Home & Living

PRODUCT TYPE —

- ☐ T-Shirts
- ☐ Hoodies
- ☐ Sweatshirts
- ☐ Long sleeve shirt
- ☐ Unisex tank
- ☐ Drawstring Bags
- + Show more

CATEGORY +

COLOR +

Showing **1,024** items

Sort: Top Selling ⌄



Limited Edition
**$39.99** $45.95     6 colors

Add to cart




Limited Edition
**$24.99** $28.95     6 colors

Add to cart



Limited Edition
**$29.95** $34.95     7 colors

Add to cart




Limited Edition
**$20.95**     4 colors



Limited Edition
**$19.95** $22.95



Limited Edition
**$25.95** $29.95     3 colors

EXHBIT C
PAGE 110






Limited Edition
**$25.95** ~~$29.95~~

Limited Edition
**$33.99** ~~$39.95~~        10 colors

Limited Edition
**$29.95** ~~$34.95~~        9 colors

**Add to cart**        **Add to cart**        **Add to cart**





Limited Edition
**$24.99** ~~$28.95~~        8 colors

Limited Edition
**$27.95** ~~$32.95~~        6 colors

Limited Edition
**$28.95** ~~$33.95~~

**Add to cart**        **Add to cart**        **Add to cart**





EXHIBIT C
PAGE 072







Limited Edition
**$28.95** ~~$33.95~~   4 colors

Add to cart

Limited Edition
**$42.99** ~~$49.95~~   9 colors

Add to cart

Limited Edition
**$21.95** ~~$25.95~~

Add to cart







Limited Edition
**$20.95** ~~$24.95~~

Add to cart

Limited Edition
**$25.95** ~~$29.95~~   3 colors

Add to cart

Limited Edition
**$25.99** ~~$29.95~~   7 colors

Add to cart







Limited Edition
**$25.95** $29.95

Limited Edition
**$33.99** $39.95     10 colors

Limited Edition
**$29.95** $34.95     9 colors

Add to cart

Add to cart

Add to cart







Limited Edition
**$24.99** $28.95     8 colors

Limited Edition
**$27.95** $32.95     6 colors

Limited Edition
**$28.95** $33.95

Add to cart

Add to cart

Add to cart

EXHBIT C
PAGE 114







Limited Edition

Limited Edition

Limited Edition

**$28.95** $33.95   4 colors

**$42.99** $49.95   9 colors

**$41.00** $47.95   3 colors

Add to cart

Add to cart

Add to cart







Limited Edition

Limited Edition

Limited Edition

**$46.00** $52.95   3 colors

**$65.99** $75.95   3 colors

**$24.99** $28.95   6 colors

Add to cart

Add to cart

Add to cart

EXHBIT C
PAGE 115

  

Limited Edition | Limited Edition | Limited Edition
**$29.95** ~~$34.95~~   7 colors | **$33.99** ~~$39.95~~   6 colors | **$24.99** ~~$28.95~~   5 colors

**Add to cart** | **Add to cart** | **Add to cart**

   

Limited Edition | Limited Edition | Limited Edition
**$27.95** ~~$32.95~~   2 colors | **$28.95** ~~$33.95~~   2 colors | **$28.95** ~~$33.95~~   2 colors

**Add to cart** | **Add to cart** | **Add to cart**

Best gift for you!

Showing **1,024** items

Sort: Top Selling ⌄

## Filter

### SHOP FOR —

○ Men's
○ Women's
○ Youth
○ Accessories
○ Home & Living

### PRODUCT TYPE —

☐ T-Shirts
☐ Hoodies
☐ Sweatshirts
☐ Long sleeve shirt
☐ Unisex tank
☐ Drawstring Bags

\+ Show more

**CATEGORY** +

**COLOR** +

Limited Edition
**$28.95** $33.95
Add to cart

Limited Edition
**$42.99** $49.95    8 colors
Add to cart

Limited Edition
**$21.95** $25.95
Add to cart

Limited Edition
**$19.95** $22.95
Add to cart

Limited Edition
**$25.95** $29.95    3 colors
Add to cart

Limited Edition
**$25.95** $29.95
Add to cart

EXHIBIT C
PAGE 117







Limited Edition
**$25.99** $29.95    6 colors

Limited Edition
**$33.99** $39.95    9 colors

Limited Edition
**$29.95** $34.95    8 colors

Add to cart

Add to cart

Add to cart







Limited Edition
**$24.99** $28.95    7 colors

Limited Edition
**$27.95** $32.95    5 colors

Limited Edition
**$28.95** $33.95

Add to cart

Add to cart

Add to cart

EXHBIT C
PAGE 118







Limited Edition
**$28.95** $33.95          4 colors

**Add to cart**

Limited Edition
**$42.99** $49.95          8 colors

**Add to cart**

Limited Edition
**$21.95** $25.95

**Add to cart**







Limited Edition
**$19.95** $22.95

**Add to cart**

Limited Edition
**$25.95** $29.95          3 colors

**Add to cart**

Limited Edition
**$25.95** $29.95

**Add to cart**

EXHBIT C
PAGE 119







Limited Edition
**$25.99** $29.95    7 colors

Limited Edition
**$33.99** $39.95    10 colors

Limited Edition
**$29.95** $34.95    9 colors

Add to cart

Add to cart

Add to cart







Limited Edition
**$24.99** $28.95    8 colors

Limited Edition
**$27.95** $32.95    6 colors

Limited Edition
**$28.95** $33.95    4 colors

Add to cart

Add to cart

Add to cart

EXHBIT C
PAGE 120







Limited Edition
**$28.95** ~~$33.95~~

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~   9 colors

**Add to cart**

Limited Edition
**$21.95** ~~$25.95~~

**Add to cart**







Limited Edition
**$19.95** ~~$22.95~~

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~   3 colors

**Add to cart**

Limited Edition
**$25.99** ~~$29.95~~   7 colors

**Add to cart**

EXHBIT C
PAGE 121







Limited Edition
**$25.95** ~~$29.95~~

Add to cart

Limited Edition
**$29.95** ~~$34.95~~          9 colors

Add to cart

Limited Edition
**$33.99** ~~$39.95~~          10 colors

Add to cart







Limited Edition
**$27.95** ~~$32.95~~          6 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~          8 colors

Add to cart

Limited Edition
**$28.95** ~~$33.95~~

Add to cart

Home › Jeff Dunham

# Jeff Dunham

Best gift for you!

≡ Filter

Showing **1,024** items

≡ Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

✛ Show more

**CATEGORY** ✛

**COLOR** ✛



Limited Edition
**$28.95** ~~$33.95~~   4 colors
**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~   8 colors
**Add to cart**



Limited Edition
**$21.95** ~~$25.95~~
**Add to cart**



Limited Edition
**$2...** ~~...~~



Limited Edition
**$25.95** ~~$29.95~~   3 colors



Limited Edition
**$25.95** ~~$29.95~~   2 colors

EXHIBIT C
PAGE 123







Limited Edition
**$25.99** $29.95          7 colors

Add to cart

Limited Edition
**$33.99** $39.95          10 colors

Add to cart

Limited Edition
**$29.95** $34.95          9 colors

Add to cart







Limited Edition
**$24.99** $28.95          13 colors

Add to cart

Limited Edition
**$27.95** $32.95          7 colors

Add to cart

Limited Edition
**$28.95** $33.95          2 colors

Add to cart

EXHBIT C
PAGE 124







Limited Edition
**$28.95** ~~$33.95~~   5 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~   11 colors

**Add to cart**

Limited Edition
**$21.95** ~~$25.95~~

**Add to cart**







Limited Edition
**$20.95** ~~$24.95~~

**Add to cart**

Limited Edition
**$25.99** ~~$29.95~~   7 colors

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~   3 colors

**Add to cart**

EXHIBIT C
PAGE 125







Limited Edition
**$25.95** $29.95

Add to cart

Limited Edition
**$29.95** $34.95          9 colors

Add to cart

Limited Edition
**$33.99** $39.95          10 colors

Add to cart







Limited Edition
**$27.95** $32.95          6 colors

Add to cart

Limited Edition
**$24.99** $28.95          8 colors

Add to cart

Limited Edition
**$28.95** $33.95

Add to cart

EXHBIT C
PAGE 126







Limited Edition
**$28.95** ~~$33.95~~        4 colors

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~        9 colors

**Add to cart**

Limited Edition
**$22.95** ~~$26.95~~

**Add to cart**







Limited Edition
**$20.95** ~~$24.95~~

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~        2 colors

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~

**Add to cart**

EXHBIT C
PAGE 127







| | | |
|---|---|---|
| Limited Edition | Limited Edition | Limited Edition |
| **$25.99** $29.95   6 colors | **$33.99** $39.95   9 colors | **$29.95** $34.95   8 colors |
| Add to cart | Add to cart | Add to cart |





| | | |
|---|---|---|
| Limited Edition | Limited Edition | Limited Edition |
| **$24.99** $28.95   7 colors | **$27.95** $32.95   5 colors | **$28.95** $33.95   4 colors |
| Add to cart | Add to cart | Add to cart |

EXHBIT C
PAGE 128

teechili.com/stores/lichjeff/page/14



Home › Jeff Dunham

# Jeff Dunham

Best gift for you!

≡ Filter

Showing **1,024** items

Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's
○ Women's
○ Youth
○ Accessories
○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts
☐ Hoodies
☐ Sweatshirts
☐ Long sleeve shirt
☐ Unisex tank
☐ Drawstring Bags

+ Show more

**CATEGORY** +

**COLOR** +

Limited Edition
**$28.95** $33.95    4 colors
Add to cart

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

Limited Edition
**$21.95** $25.95
Add to cart

EXHBIT C
PAGE 129

Limited Edition
**$25.95** $29.95    3 colors

Limited Edition
**$25.95** $29.95







Limited Edition
**$25.99** ~~$29.95~~        7 colors

**Add to cart**

Limited Edition
**$33.99** ~~$39.95~~        10 colors

**Add to cart**

Limited Edition
**$29.95** ~~$34.95~~        9 colors

**Add to cart**







Limited Edition
**$24.99** ~~$28.95~~        8 colors

**Add to cart**

Limited Edition
**$27.95** ~~$32.95~~        6 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~

**Add to cart**

EXHBIT C
PAGE 130







Limited Edition
**$28.95** ~~$33.95~~        4 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~        8 colors

**Add to cart**

Limited Edition
**$21.95** ~~$25.95~~

**Add to cart**







Limited Edition
**$20.95** ~~$24.95~~

**Add to cart**

Limited Edition
**$25.99** ~~$29.95~~        7 colors

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~        3 colors

**Add to cart**

EXHBIT C
PAGE 131





| Limited Edition | Limited Edition | Limited Edition |
| $25.95 ~~$29.95~~ | $33.99 ~~$39.95~~    10 colors | $29.95 ~~$34.95~~    9 colors |
| Add to cart | Add to cart | Add to cart |





| Limited Edition | Limited Edition | Limited Edition |
| $24.99 ~~$28.95~~    8 colors | $27.95 ~~$32.95~~    6 colors | $28.95 ~~$33.95~~    4 colors |
| Add to cart | Add to cart | Add to cart |

EXHBIT C
PAGE 132

  

| | | |
|---|---|---|
| Limited Edition | Limited Edition | Limited Edition |
| $28.95 $33.95 | $24.99 $28.95    8 colors | $21.95 $25.95 |
| Add to cart | Add to cart | Add to cart |

  

| | | |
|---|---|---|
| Limited Edition | Limited Edition | Limited Edition |
| $20.95 $24.95 | $25.99 $29.95    7 colors | $25.95 $29.95    3 colors |
| Add to cart | Add to cart | Add to cart |

EXHBIT C
PAGE 133





Limited Edition
**$25.95** ~~$29.95~~

Limited Edition
**$33.99** ~~$39.95~~   10 colors

Limited Edition
**$29.95** ~~$34.95~~   9 colors

Add to cart

Add to cart

Add to cart






Limited Edition
**$27.95** ~~$32.95~~   6 colors

Limited Edition
**$24.99** ~~$28.95~~   8 colors

Limited Edition
**$28.95** ~~$33.95~~

Add to cart

Add to cart

Add to cart

teechili.com/campaigns/page/13/stores/lichjeff/kiss5?retailProductCode=2613AB1767E5A2-87BCDED3270C-BSO-TC3002-BLK



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition







From **Jeff Dunham**

Limited Edition Drawstring Bag

**$25.95** ~~$29.95~~

**Product:**

Drawstring Bag - $25.95

   

   

   



Qty: 1

1 ⏰ **04:53:19** left to buy

**Add To Cart**

**Campaign Details**

 BEST SELLER

EXHBIT C
PAGE 136



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**

Limited Edition Tote Bag

**$25.95** ~~$29.95~~

Product:

Tote Bag - $25.95
















Color: Black

Qty: 1

1    ⏰ 04:52:58 left to buy

**Add To Cart**

EXHBIT C
PAGE 137



What are you looking for?

Track your order

Jeff Dunham     Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**

Limited Edition Mug

**$20.95** ~~$24.95~~

**Product:**

Mug - $20.95

   

   

   



**Qty:** 1

1 ⏰ **04:52:37** left to buy

**Add To Cart**

**Campaign Details**

 BEST SELLER





What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition



Related products



EXHBIT C
PAGE 140

Color: Black

Size: Select a Size    Size Guide

S    M    L    XL    2XL

3XL    4XL    5XL    6XL



What are you looking for?

Track your order 

Jeff Dunham     Entertainment

Home › Jeff Dunham › Limited Edition








From **Jeff Dunham**

## Limited Edition Sleeveless Tee

**$28.95** ~~$33.95~~

**Product:**

Sleeveless Tee - $28.95

   
   
   


**Color:** Navy

**Size:** Select a Size          Size Guide

   

**Qty:** 1

**Related products**



EXHBIT C
PAGE 141

teechili.com/campaigns/page/13/stores/lichjeff/walterjeff2?retailProductCode=2613AB1767F5A2-7909CFC76349-GS2-TC13-BLK



What are you looking for?

Track your order



Jeff Dunham        Entertainment

Home  >  Jeff Dunham  >  Limited Edition







From **Jeff Dunham**

Limited Edition Unisex Tank

**$28.95**  ~~$33.95~~

**Product:**

Unisex Tank - $28.95

   
   
   


**Size:** Select a Size          Size Guide

| S | M | L | XL | 2XL |

**Qty:** 1

1 ∨    ⏰ **06:16:51** left to buy

**Add To Cart**

**Related products**



EXHBIT C
PAGE 142

teechili.com/campaigns/page/13/stores/lichjeff/walterjeff2?retailProductCode=2613AB1767F5A2-7909CEC76349-GS2-TC5-DBN

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

**Limited Edition Ladies T-Shirt**

**$24.99** ~~$28.95~~

**Product:**

Ladies T-Shirt - $24.99






**Color:** Dark Chocolate




**Size:** Select a Size          Size Guide

S   M   L   XL   2XL

3XL

**Related products**




EXHBIT C
PAGE 143



teechili.com/campaigns/page/13/stores/lichjeff/walterjeff2?retailProductCode=2613AB176TE5A2-7909CFC76349-GS2-TC15-BLK



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**
### Limited Edition Ladies Flowy Tank

**$27.95** ~~$32.95~~

**Product:**

Ladies Flowy Tank - $27.95
















**Color: Black**







**Size:** Select a Size          Size Guide

 XS
 S
 M
 L
XL

2XL

**Related products**




EXHBIT C
PAGE 144

teechili.com/campaigns/page/13/stores/lichjeff/walterjeff2?retailProductCode=2613AB1767E5A2-7909CEC76349-GS2-TC7-5GR



What are you looking for?

Track your order



Jeff Dunham     Entertainment

Home > Jeff Dunham > Limited Edition







From **Jeff Dunham**

## Limited Edition Long Sleeve Tee

**$29.95** $34.95

**Product:**

Long Sleeve Tee - $29.95

   

    

   



**Color:** Forest Green

    

**Size:** Select a Size          Size Guide

| S | M | L | XL | 2XL |

| 3XL | 4XL | 5XL |

**Related products**



EXHBIT C
PAGE 145

  

teechili.com/campaigns/page/13/stores/lichjeff/walterjeff2?retailProductCode=2613AB1767F5A2-7909CEC76349-GS2-TC12-BLK

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

## Limited Edition Crewneck Sweatshirt

**$33.99** ~~$39.95~~

**Product:**

Crewneck Sweatshirt - $33.99

   
   
   


**Color:** Black

**Size:** Select a Size       Size Guide

| S | M | L | XL | 2XL |

**Related products**



EXHBIT C
PAGE 146



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition







From **Jeff Dunham**

Limited Edition Drawstring Bag

**$25.95** $29.95

**Product:**

Drawstring Bag - $25.95

   

   

    



**Qty:** 1

1    ⏰ **06:14:56** left to buy

**Add To Cart**

**Campaign Details**

 BEST SELLER

**Related products**



EXHBIT C
PAGE 147

teechili.com/campaigns/page/13/stores/lichjeff/walterjeff2?retailProductCode=2613AB1767F5A2-7909CEC76349-BS1-TC3001-BLK



What are you looking for?

Track your order

Jeff Dunham       Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**
### Limited Edition Tote Bag

**$25.95** ~~$29.95~~

**Product:**

Tote Bag - $25.95

   
   
   


**Color: Black**

**Qty: 1**

1    ⏰ 06:14:33 left to buy

**Add To Cart**

**Related products**



EXHBIT C
PAGE 148



teechili.com/campaigns/page/13/stores/lichjeff/walterjeff2retailProductCode=2613AB1767E5A2-7909CEC76349-GS2-TC17-FGR

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

Limited Edition Youth T-Shirt

**$25.99** ~~$29.95~~

**Product:**

Youth T-Shirt - $25.99
















**Color: Forest Green**








**Size:** Select a Size          Size Guide

XS    S    M    L    XL

**Qty:** 1

**Related products**



EXHBIT C
PAGE 149



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**
## Limited Edition Mug

**$20.95** ~~$24.95~~

**Product:**

Mug - $20.95

















**Qty:** 1

1    🕐 **06:13:51** left to buy

**Add To Cart**

**Campaign Details**


BEST SELLER

**Related products**



EXHBIT C
PAGE 150



EXHBIT C
PAGE 151



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**
Limited Edition Classic T-Shirt

**$24.99** $28.95

**Product:**

Classic T-Shirt - $24.99

   
   
   


**Color:** Black

**Size:** Select a Size          Size Guide

| S | M | L | XL | 2XL |

| 3XL | 4XL | 5XL | 6XL |

**Related products**



EXHBIT C
PAGE 152

teechili.com/campaigns/page/13/stores/lichjeff/walterjeff01?retailProductCode=2613AB1767F5A2-835DDFC32318-GS2-TC13-BLK



What are you looking for?

Track your order

Jeff Dunham     Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**

Limited Edition Unisex Tank

**$28.95** ~~$33.95~~

**Product:**

Unisex Tank - $28.95












**Size:** Select a Size                    Size Guide

| S | M | L | XL | 2XL |

**Qty:** 1

1

🕒 **06:33:41** left to buy

**Add To Cart**

**Related products**



EXHBIT C
PAGE 153



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

Limited Edition Sleeveless Tee

**$28.95** ~~$33.95~~

**Product:**

Sleeveless Tee - $28.95

   
   
   


**Color:** Navy

  

**Size:** Select a Size          Size Guide

S    M    L    XL    2XL

**Qty:** 1

**Related products**



EXHBIT C
PAGE 154



What are you looking for?

Track your order



Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**
### Limited Edition Ladies Flowy Tank

**$27.95** ~~$32.95~~

**Product:**

Ladies Flowy Tank - $27.95

   
   
  


**Color: Black**

     

**Size:** Select a Size          Size Guide

| XS | S | M | L | XL |

| 2XL |

**Related products**



EXHBIT C
PAGE 155

teechili.com/campaigns/page/13/stores/lichjeff/walterjeff01?retailProductCode=2613AB1767F5A2-835DDFC32318-GS2-TC5-DBN

What are you looking for?

Track your order

Jeff Dunham     Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

Limited Edition Ladies T-Shirt

**$24.99** ~~$28.95~~

**Product:**

Ladies T-Shirt - $24.99

   

    

    



**Color:** Dark Chocolate

**Size:** Select a Size                    Size Guide

| S | M | L | XL | 2XL |

**Related products**



EXHBIT C
PAGE 156



What are you looking for?

Track your order

Jeff Dunham     Entertainment

Home › Jeff Dunham › Limited Edition






From **Jeff Dunham**

Limited Edition Long Sleeve Tee

**$29.95** ~~$34.95~~

**Product:**

Long Sleeve Tee - $29.95

   

    

   



**Color:** Forest Green

    

**Size:** Select a Size     Size Guide

S   M   L   XL   2XL

**Related products**



EXHBIT C
PAGE 157



What are you looking for?

Track your order 🛒

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

## Limited Edition Crewneck Sweatshirt

### $33.99 $39.95

**Product:**

Crewneck Sweatshirt - $33.99
















**Color: Black**

**Size:** Select a Size          Size Guide

| S | M | L | XL | 2XL |

| 3XL | 4XL | 5XL |

**Related products**



EXHBIT C
PAGE 158

Home › Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

Showing **1,024** items

Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

＋ Show more

**CATEGORY** ＋

**COLOR** ＋



Limited Edition
**$24.99** ~~$28.95~~     8 colors
Add to cart

Limited Edition
**$42.99** ~~$49.95~~     9 colors
Add to cart

Limited Edition
**$21.95** ~~$25.95~~
Add to cart

Limited Edition
**$20.95** ~~$24.95~~
Add to cart

Limited Edition
**$25.95** ~~$29.95~~     3 colors
Add to cart

Limited Edition
**$25.95** ~~$29.95~~
Add to cart

EXHBIT C
PAGE 159







Limited Edition
**$25.99** ~~$29.95~~   7 colors

**Add to cart**

Limited Edition
**$33.99** ~~$39.95~~   10 colors

**Add to cart**

Limited Edition
**$29.95** ~~$34.95~~   9 colors

**Add to cart**







Limited Edition
**$27.95** ~~$32.95~~   6 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~   9 colors

**Add to cart**

EXHBIT C
PAGE 160