





Limited Edition
**$28.95** ~~$33.95~~     4 colors

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~     9 colors

**Add to cart**

Limited Edition
**$21.95** ~~$25.95~~

**Add to cart**







Limited Edition
**$20.95** ~~$24.95~~

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~     3 colors

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~

**Add to cart**





Limited Edition | Limited Edition | Limited Edition
$25.99 $29.95    7 colors | $33.99 $39.95    10 colors | $29.95 $34.95    9 colors

**Add to cart** | **Add to cart** | **Add to cart**






Limited Edition | Limited Edition | Limited Edition
$24.99 $28.95    8 colors | $27.95 $32.95    6 colors | $28.95 $33.95

**Add to cart** | **Add to cart** | **Add to cart**









Limited Edition
**$20.95** ~~$24.95~~

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~   3 colors

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~

**Add to cart**





Limited Edition
**$25.99** ~~$29.95~~   7 colors

**Add to cart**

Limited Edition
**$33.99** ~~$39.95~~   10 colors

**Add to cart**

Limited Edition
**$29.99** ~~$34.95~~   9 colors

**Add to cart**

EXHBIT C
PAGE 163



Limited Edition
**$24.99** $28.95   8 colors

Add to cart

Limited Edition
**$27.95** $32.95   6 colors

Add to cart

Limited Edition
**$28.95** $33.95

Add to cart



‹   1   •••   10   11   **12**   •••   25   ›

teechili.com/campaigns/page/4/stores/lichjeff/walter001?retailProductCode=2613AB1767F5A2-2FA88BC6265C-GS1-TC17-FGR

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition

From **Jeff Dunham**

## Limited Edition Youth T-Shirt

**$25.99** $29.95

**Product:**

Youth T-Shirt - $25.99



**Color:** Forest Green

**Size:** Select a Size          Size Guide

XS    S    M    L    XL



What are you looking for?

Track your order

Jeff Dunham     Entertainment

Home > Jeff Dunham > Limited Edition







From **Jeff Dunham**
Limited Edition Tote Bag

**$25.95**  $29.95

**Product:**

Tote Bag - $25.95

  
  
  


**Color:** Black



**Qty:** 1

1 ⌄    🕐 **13:18:27** left to buy

Add To Cart

EXHBIT C
PAGE 166



teechili.com/campaigns/page/4/stores/lichjeff/walter001?retailProductCode=2613AB1767F5A2-2EA88BC6265C-MS2-TC1001-BLK

What are you looking for?

Track your order 

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition







From **Jeff Dunham**

Limited Edition Mug

**$20.95** ~~$24.95~~

Product:

Mug - $20.95

   

   

   





Qty: 1

1 ⏰ **13:18:05** left to buy

**Add To Cart**

Campaign Details

  BEST SELLER

EXHBIT C
PAGE 167



teechili.com/campaigns/page/4/stores/lichjeff/31-lpk?retailProductCode=2613AB1767F5A2-452DCF93665D-GS0-TC4-BLK

What are you looking for?

Track your order



Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

## Limited Edition Hooded Sweatshirt

### $42.99 ~~$49.95~~

**Product:**

Hooded Sweatshirt - $42.99














**Color:** Black







**Size:** Select a Size          Size Guide

 

| S | M | L | XL | 2XL |

| 3XL | 4XL | 5XL |

EXHBIT C
PAGE 168



What are you looking for?

Track your order

Jeff Dunham  Entertainment

Home › Jeff Dunham › Limited Edition








From **Jeff Dunham**

Limited Edition Sleeveless Tee

**$28.95** $33.95

**Product:**

Sleeveless Tee - $28.95

   
   
   

**Color:** Navy

  

**Size:** Select a Size          Size Guide

S    M    L    XL    2XL

**Qty:** 1

1    ⊘ **Out of Stock**

EXHBIT C
PAGE 169



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**
Limited Edition Unisex Tank

**$28.95** $33.95

**Product:**

Unisex Tank - $28.95

   

   



**Size:** Select a Size                    Size Guide

S    M    L    XL    2XL

**Qty:** 1

1      09:00:52 left to buy

**Add To Cart**



What are you looking for?

Track your order



Jeff Dunham       Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

## Limited Edition Ladies Flowy Tank

**$27.95** $32.95

**Product:**

Ladies Flowy Tank - $27.95















**Color:** Black







**Size:** Select a Size          Size Guide

 XS
 S
 M
 L      XL

2XL

**Qty:** 1

1      ⏰ **09:00:30** left to buy

EXHBIT C
PAGE 171





What are you looking for?

Track your order

Jeff Dunham      Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**

Limited Edition Long Sleeve Tee

**$29.95** ~~$34.95~~

**Product:**

Long Sleeve Tee - $29.95

    

   

    

**Color:** Forest Green



   

**Size:** Select a Size        Size Guide

S      M      L      XL      2XL

3XL     4XL     5XL

EXHBIT C
PAGE 173



What are you looking for?

Track your order

Jeff Dunham     Entertainment

Home > Jeff Dunham > Limited Edition

From **Jeff Dunham**

Limited Edition Youth T-Shirt

**$25.99** ~~$29.95~~

**Product:**

Youth T-Shirt - $25.99

**Color:** Forest Green

**Size:** Select a Size          *Size Guide*

XS   S   M   L   XL

**Qty:** 1

1

08:58:58 left to buy

EXHBIT C
PAGE 175



What are you looking for?

Track your order

Jeff Dunham   Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**
## Limited Edition Tote Bag

**$25.95** ~~$29.95~~

**Product:**

Tote Bag - $25.95

   
   
   

**Color:** Black

  

**Qty:** 1

1 ⏰ **08:58:35** left to buy

**Add To Cart**

**Campaign Details**

EXHBIT C
PAGE 176

teechili.com/campaigns/page/4/stores/lichjeff/31-lpk?retailProductCode=2613AB1767F5A2-452DCE93665D-GS0-TC3002-BLK

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**

Limited Edition Drawstring Bag

**$25.95** $29.95

**Product:**

Drawstring Bag - $25.95

   
   
   

**Qty:** 1

1

⏰ **08:58:13** left to buy

**Add To Cart**

**Campaign Details**

 BEST SELLER







teechili.com/campaigns/page/4/stores/lichjeff/21-lpk?retailProductCode=2613AB1767F5A2-6CC18BC3675C-GS1-TC15-BLK



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition








From **Jeff Dunham**

Limited Edition Ladies Flowy Tank

**$27.95** ~~$32.95~~

**Product:**

Ladies Flowy Tank - $27.95














**Color:** Black






**Size:** Select a Size          Size Guide

| XS | S | M | L | XL |

| 2XL |

EXHBIT C
PAGE 180

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**

Limited Edition Unisex Tank

**$28.95** $33.95

**Product:**

Unisex Tank - $28.95

   
   
   

**Size:** Select a Size          Size Guide

S   M   L   XL   2XL

**Qty: 1**

1

 08:54:55 left to buy

**Add To Cart**

EXHBIT C
PAGE 181

teechili.com/campaigns/page/4/stores/lichjeff/21...



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition







From **Jeff Dunham**

Limited Edition Sleeveless Tee

**$28.95** ~~$33.95~~

**Product:**

Sleeveless Tee - $28.95

   
   
   

**Color:** Navy



**Size:** Select a Size                    Size Guide

| S | M | L | XL | 2XL |

**Qty:** 1

  🚫 **Out of Stock**

EXHBIT C
PAGE 182

teechili.com/campaigns/page/4/stores/lichjeff/21-lpk?retailProductCode=2613AB1767F5A2-6CC18BC3675C-GS1-TC5-DBN

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition

From **Jeff Dunham**

**Limited Edition Ladies T-Shirt**

**$24.99** $28.95

**Product:**

Ladies T-Shirt - $24.99

**Color:** Dark Chocolate

**Size:** Select a Size          Size Guide

S    M    L    XL    2XL

3XL

EXHIBIT C
PAGE 183





What are you looking for?

Track your order

Jeff Dunham      Entertainment

Home > Jeff Dunham > Limited Edition

From **Jeff Dunham**

Limited Edition Youth T-Shirt

**$25.99** ~~$29.95~~

I'M A HAPPY GO LUCKY RAY OF F*CKING SUNSHINE

**Product:**

Youth T-Shirt - $25.99

**Color:** Forest Green

**Size:** Select a Size          Size Guide

XS   S   M   L   XL

**Qty:** 1

1          08:53:14 left to buy

Add To Cart

EXHBIT C
PAGE 186



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**

Limited Edition Mug

**$19.95** ~~$22.95~~

**Product:**

Mug - $19.95














**Qty:** 1

1     08:52:52 left to buy

**Add To Cart**

**Campaign Details**


BEST SELLER

EXHIBIT C
PAGE 187



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**
## Limited Edition Tote Bag

### $25.95 ~~$29.95~~

Product:

Tote Bag - $25.95

   
   
   
  
 

Color: Black

Qty: 1

1

🕐 08:52:34 left to buy

**Add To Cart**

Campaign Details

EXHBIT C
PAGE 188



What are you looking for?

Track your order

Jeff Dunham          Entertainment

Home > Jeff Dunham > Limited Edition






From **Jeff Dunham**
Limited Edition Drawstring Bag

**$25.95** ~~$29.95~~

Product:

Drawstring Bag - $25.95

   
   
   

Qty: 1

1          ⏰ **08:52:09** left to buy

**Add To Cart**

Campaign Details


BEST SELLER

EXHBIT C
PAGE 189

Home > Jeff Dunham

# Jeff Dunham

Best gift for you!

≡ Filter

Showing **1,024** items

≡ Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

＋ Show more

**CATEGORY** ＋

**COLOR** ＋

Limited Edition
**$27.95** $32.95    6 colors
Add to cart

Limited Edition
**$28.95** $33.95
Add to cart

Limited Edition
**$28.95** $33.95    4 colors
Add to cart

Limited Edition
**$42.99** $49.95    9 colors
Add to cart

Limited Edition
**$25.95** $29.95    3 colors
Add to cart

Limited Edition
**$25.95** $29.95
Add to cart

EXHBIT C
PAGE 190





Limited Edition
**$19.95** $22.95

**Add to cart**

Limited Edition
**$25.99** $29.95        7 colors

**Add to cart**

Limited Edition
**$33.99** $39.95        10 colors

**Add to cart**





Limited Edition
**$29.95** $34.95        9 colors

**Add to cart**

Limited Edition
**$24.99** $28.95        8 colors

**Add to cart**

Limited Edition
**$27.95** $32.95        6 colors

**Add to cart**

EXHBIT C
PAGE 191







Limited Edition
**$28.95** $33.95    4 colors
**Add to cart**

Limited Edition
**$28.95** $33.95
**Add to cart**

Limited Edition
**$42.99** $49.95    9 colors
**Add to cart**







Limited Edition
**$16.95** $19.95
**Add to cart**

Limited Edition
**$19.95** $22.95
**Add to cart**

Limited Edition
**$25.95** $29.95    3 colors
**Add to cart**

EXHBIT C
PAGE 192







Limited Edition

**$25.95** $29.95

**Add to cart**

Limited Edition

**$25.99** $29.95       7 colors

**Add to cart**

Limited Edition

**$33.99** $39.95       10 colors

**Add to cart**







Limited Edition

**$29.95** $34.95       9 colors

**Add to cart**

Limited Edition

**$24.99** $28.95       8 colors

**Add to cart**

Limited Edition

**$27.95** $32.95       6 colors

**Add to cart**

EXHBIT C
PAGE 193

  

Limited Edition | Limited Edition | Limited Edition
**$28.95** $33.95 | **$28.95** $33.95  4 colors | **$42.99** $49.95  9 colors

Add to cart | Add to cart | Add to cart

  

Limited Edition | Limited Edition | Limited Edition
**$25.95** $29.95  3 colors | **$19.95** $22.95 | **$25.95** $29.95

Add to cart | Add to cart | Add to cart

EXHBIT C
PAGE 194





Limited Edition
**$25.99** $29.95          7 colors

Add to cart

Limited Edition
**$33.99** $39.95          10 colors

Add to cart

Limited Edition
**$29.95** $34.95          9 colors

Add to cart





Limited Edition
**$28.95** $33.95          4 colors

Add to cart

Limited Edition
**$28.95** $33.95          4 colors

Add to cart

Limited Edition
**$27.95** $32.95          6 colors

Add to cart

EXHBIT C
PAGE 195

··· 10   11   12   ···   25   >

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

**SHOP FOR**

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

**PRODUCT TYPE**

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

+ Show more

**CATEGORY**

Showing **1,024** items

Sort: Top Selling ∨

Limited Edition
**$33.99** $39.95        10 colors
Add to cart

Limited Edition
**$29.95** $34.95        9 colors
Add to cart

Limited Edition
**$24.99** $28.95        8 colors
Add to cart

EXHBIT
PAGE 196







Limited Edition
**$24.99** ~~$28.95~~     8 colors

Limited Edition
**$25.95** ~~$29.95~~     3 colors

Limited Edition
**$25.95** ~~$29.95~~

Add to cart

Add to cart

Add to cart







Limited Edition
**$19.95** ~~$22.95~~

Limited Edition
**$25.99** ~~$29.95~~     7 colors

Limited Edition
**$33.99** ~~$39.95~~     10 colors

Add to cart

Add to cart

Add to cart

EXHBIT C
PAGE 197







Limited Edition
**$29.95** ~~$34.95~~        9 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~        4 colors

**Add to cart**

Limited Edition
**$27.95** ~~$32.95~~        6 colors

**Add to cart**







Limited Edition
**$24.99** ~~$28.95~~        8 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~        9 colors

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~        9 colors

**Add to cart**

EXHBIT C
PAGE 198







Limited Edition
**$25.99** $29.95     7 colors
**Add to cart**

Limited Edition
**$19.95** $22.95
**Add to cart**

Limited Edition
**$25.95** $29.95
**Add to cart**







Limited Edition
**$25.95** $29.95     3 colors
**Add to cart**

Limited Edition
**$33.99** $39.95     10 colors
**Add to cart**

Limited Edition
**$29.95** $34.95     9 colors
**Add to cart**

EXHBIT C
PAGE 199







Limited Edition
**$24.99** ~~$28.95~~    8 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~    4 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~

**Add to cart**







Limited Edition
**$27.95** ~~$32.95~~    6 colors

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~    9 colors

**Add to cart**

Limited Edition
**$25.99** ~~$29.95~~    7 colors

**Add to cart**





**Limited Edition**
**$19.95** ~~$22.95~~

Add to cart

**Limited Edition**
**$25.95** ~~$29.95~~   3 colors

Add to cart

**Limited Edition**
**$25.95** ~~$29.95~~

Add to cart





**Limited Edition**
**$33.99** ~~$39.95~~   10 colors

Add to cart

**Limited Edition**
**$29.95** ~~$34.95~~   9 colors

Add to cart

**Limited Edition**
**$24.99** ~~$28.95~~   8 colors

Add to cart

EXHIBIT C
PAGE 201

1 ... 10 11 12 ... 25 >



EXHIBIT C
PAGE 202







Limited Edition | Limited Edition | Limited Edition
**$28.95** ~~$33.95~~ | **$28.95** ~~$33.95~~   4 colors | **$42.99** ~~$49.95~~   9 colors

**Add to cart** | **Add to cart** | **Add to cart**







Limited Edition | Limited Edition | Limited Edition
**$25.95** ~~$29.95~~   3 colors | **$19.95** ~~$22.95~~ | **$25.99** ~~$29.95~~   7 colors

**Add to cart** | **Add to cart** | **Add to cart**

EXHBIT C
PAGE 203







Limited Edition

**$25.95** ~~$29.95~~

Add to cart

Limited Edition

**$33.99** ~~$39.95~~    10 colors

Add to cart

Limited Edition

**$29.95** ~~$34.95~~    9 colors

Add to cart







Limited Edition

**$24.99** ~~$28.95~~    8 colors

Add to cart

Limited Edition

**$27.95** ~~$32.95~~    6 colors

Add to cart

Limited Edition

**$28.95** ~~$33.95~~    4 colors

Add to cart

EXHBIT C
PAGE 204







Limited Edition

Limited Edition

Limited Edition

**$28.95** ~~$33.95~~

**$42.99** ~~$49.95~~    9 colors

**$19.95** ~~$22.95~~

Add to cart

Add to cart

Add to cart







Limited Edition

Limited Edition

Limited Edition

**$25.99** ~~$29.95~~    7 colors

**$25.95** ~~$29.95~~

**$25.95** ~~$29.95~~    3 colors

Add to cart

Add to cart

Add to cart

EXHBIT C
PAGE 205







Limited Edition
**$33.99** $39.95        10 colors

Add to cart

Limited Edition
**$29.95** $34.95        9 colors

Add to cart

Limited Edition
**$24.99** $28.95        8 colors

Add to cart







Limited Edition
**$27.95** $32.95        6 colors

Add to cart

Limited Edition
**$28.95** $33.95        4 colors

Add to cart

Limited Edition
**$28.95** $33.95

Add to cart

EXHBIT C
PAGE 206







Limited Edition | Limited Edition | Limited Edition
**$42.99** ~~$49.95~~   9 colors | **$21.95** ~~$25.95~~ | **$20.95** ~~$24.95~~

Add to cart | Add to cart | Add to cart



 



Limited Edition | Limited Edition | Limited Edition
**$25.95** ~~$29.95~~   3 colors | **$25.95** ~~$29.95~~ | **$25.99** ~~$29.95~~   7 colors

Add to cart | Add to cart | Add to cart



EXHBIT C
PAGE 208







Limited Edition
**$24.99** ~~$28.95~~    8 colors

Add to cart

Limited Edition
**$49.99** ~~$57.95~~    8 colors

Add to cart

Limited Edition
**$33.33** ~~$38.95~~    7 colors

Add to cart







Limited Edition
**$66.00** ~~$75.95~~    7 colors

Add to cart

Limited Edition
**$61.60** ~~$70.95~~    8 colors

Add to cart

Limited Edition
**$19.95** ~~$22.95~~

Add to cart







Limited Edition
**$25.95** ~~$29.95~~   3 colors

Add to cart

Limited Edition
**$25.95** ~~$29.95~~

Add to cart

Limited Edition
**$25.99** ~~$29.95~~   7 colors

Add to cart







Limited Edition
**$33.99** ~~$39.95~~   10 colors

Add to cart

Limited Edition
**$29.95** ~~$34.95~~   9 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart

EXHBIT C
PAGE 210







Limited Edition
**$28.95** $33.95     4 colors
**Add to cart**

Limited Edition
**$28.95** $33.95
**Add to cart**

Limited Edition
**$27.95** $32.95     6 colors
**Add to cart**







Limited Edition
**$42.99** $49.95     9 colors
**Add to cart**

Limited Edition
**$19.95** $22.95
**Add to cart**

Limited Edition
**$25.95** $29.95     3 colors
**Add to cart**

EXHBIT C
PAGE 211







**Limited Edition**
$25.99 ~~$29.95~~          7 colors

**Add to cart**

**Limited Edition**
$25.95 ~~$29.95~~

**Add to cart**

**Limited Edition**
$33.99 ~~$39.95~~         10 colors

**Add to cart**







**Limited Edition**
$29.95 ~~$34.95~~          9 colors

**Add to cart**

**Limited Edition**
$24.99 ~~$28.95~~          8 colors

**Add to cart**

**Limited Edition**
$27.95 ~~$32.95~~          6 colors

**Add to cart**

EXHBIT C
PAGE 212







| | | |
|---|---|---|
| Limited Edition | Limited Edition | Limited Edition |
| **$28.95** $33.95 | **$28.95** $33.95   4 colors | **$42.99** $49.95   9 colors |
| Add to cart | Add to cart | Add to cart |







| | | |
|---|---|---|
| Limited Edition | Limited Edition | Limited Edition |
| **$21.95** $25.95 | **$19.95** $22.95 | **$25.95** $29.95   3 colors |
| Add to cart | Add to cart | Add to cart |



Home › Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

Showing **1,024** items

Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's
○ Women's
○ Youth
○ Accessories
○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts
☐ Hoodies
☐ Sweatshirts
☐ Long sleeve shirt
☐ Unisex tank
☐ Drawstring Bags

+ Show more

**CATEGORY** +

**COLOR** +

Limited Edition
$33.99 $39.95    6 colors
Add to cart

Limited Edition
$29.95 $34.95    7 colors
Add to cart

Limited Edition
$24.99 $28.95    5 colors
Add to cart

Limited Edition
$27.95 $32.95    2 colors
Add to cart

Limited Edition
$28.95 $33.95
Add to cart

Limited Edition
$28.95 $33.95    2 colors
Add to cart

EXHBIT C
PAGE 214







**Limited Edition**
**$39.99** ~~$45.95~~   6 colors

**Limited Edition**
**$24.99** ~~$28.95~~   6 colors

**Limited Edition**
**$21.95** ~~$25.95~~

Add to cart

Add to cart

Add to cart







**Limited Edition**
**$20.95** ~~$24.95~~

**Limited Edition**
**$25.95** ~~$29.95~~   3 colors

**Limited Edition**
**$25.95** ~~$29.95~~

EXHBIT C
PAGE 215

Add to cart

Add to cart

Add to cart







Limited Edition
**$25.99** $29.95    7 colors

**Add to cart**

Limited Edition
**$33.99** $39.95    10 colors

**Add to cart**

Limited Edition
**$29.95** $34.95    9 colors

**Add to cart**







Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**

Limited Edition
**$27.95** $32.95    6 colors

**Add to cart**

Limited Edition
**$28.95** $33.95

**Add to cart**

EXHBIT C
PAGE 216







Limited Edition

**$28.95** ~~$33.95~~    4 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~    8 colors

**Add to cart**

Limited Edition

**$19.95** ~~$22.95~~

**Add to cart**







Limited Edition

**$25.95** ~~$29.95~~    3 colors

**Add to cart**

Limited Edition

**$25.99** ~~$29.95~~    7 colors

**Add to cart**

Limited Edition

**$25.95** ~~$29.95~~

**Add to cart**

EXHBIT C
PAGE 217





Limited Edition
**$33.99** ~~$39.95~~   10 colors

Add to cart

Limited Edition
**$29.95** ~~$34.95~~   9 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart





Limited Edition
**$28.95** ~~$33.95~~   4 colors

Add to cart

Limited Edition
**$28.95** ~~$33.95~~

Add to cart

Limited Edition
**$27.95** ~~$32.95~~   6 colors

Add to cart

EXHBIT C
PAGE 218







Limited Edition

$42.99 $49.95    9 colors

**Add to cart**

Limited Edition

$21.95 $25.95

**Add to cart**

Limited Edition

$20.95 $24.95

**Add to cart**









Limited Edition

$25.95 $29.95    3 colors

**Add to cart**

Limited Edition

$25.95 $29.95

**Add to cart**

Limited Edition

$25.99 $29.95    7 colors

**Add to cart**

Best gift for you!

≡ Filter

SHOP FOR —

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

PRODUCT TYPE —

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

＋ Show more

CATEGORY ＋

COLOR ＋

Showing **1,024** items

Sort: Top Selling ⌄



Limited Edition
**$25.99** ~~$29.95~~    5 colors
[ Add to cart ]

Limited Edition
**$33.99** ~~$39.95~~    5 colors
[ Add to cart ]

Limited Edition
**$29.95** ~~$34.95~~    4 colors
[ Add to cart ]

Limited Edition
**$24.99** ~~$28.95~~    4 colors
[ Add to cart ]

Limited Edition
**$27.95** ~~$32.95~~    2 colors
[ Add to cart ]

Limited Edition
**$28.95** ~~$33.95~~
[ Add to cart ]

EXHBIT C
PAGE 220







Limited Edition
**$28.95** ~~$33.95~~    2 colors

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~    5 colors

**Add to cart**

Limited Edition
**$25.99** ~~$29.95~~    7 colors

**Add to cart**







Limited Edition
**$25.95** ~~$29.95~~    3 colors

**Add to cart**

Limited Edition
**$19.95** ~~$22.95~~

**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~

**Add to cart**

EXHBIT C
PAGE 221





Limited Edition
**$33.99** ~~$39.95~~    10 colors

Add to cart

Limited Edition
**$29.95** ~~$34.95~~    9 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~    8 colors

Add to cart







Limited Edition
**$27.95** ~~$32.95~~    6 colors

Add to cart

Limited Edition
**$28.95** ~~$33.95~~    5 colors

Add to cart

Limited Edition
**$28.95** ~~$33.95~~    4 colors

Add to cart

EXHBIT C
PAGE 222







Limited Edition
**$42.99** ~~$49.95~~    9 colors

Add to cart

Limited Edition
**$21.95** ~~$25.95~~

Add to cart

Limited Edition
**$20.95** ~~$24.95~~

Add to cart







Limited Edition
**$25.95** ~~$29.95~~    3 colors

Add to cart

Limited Edition
**$25.95** ~~$29.95~~

Add to cart

Limited Edition
**$25.99** ~~$29.95~~    7 colors

Add to cart







Limited Edition
**$33.99** ~~$39.95~~

**Add to cart**

Limited Edition
**$29.95** ~~$34.95~~         9 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~

**Add to cart**







Limited Edition
**$27.95** ~~$32.95~~         6 colors

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~

**Add to cart**

Limited Edition
**$28.95** ~~$33.95~~         4 colors

**Add to cart**

EXHBIT C
PAGE 224




Limited Edition

**$24.99** ~~$28.95~~          8 colors

**Add to cart**

Limited Edition

**$41.00** ~~$47.95~~          3 colors

**Add to cart**

Limited Edition

**$27.99** ~~$32.95~~          3 colors

**Add to cart**





Limited Edition

**$46.00** ~~$52.95~~          3 colors

**Add to cart**

Limited Edition

**$65.99** ~~$75.95~~          3 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~          6 colors

**Add to cart**

teechili.com/campaigns/page/6/stores/lichjeff/funnyy010?retailProductCode=2613AB1767F5A2-95FCCA867719-S3EBC562-TPS104-BLK

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition





From **Jeff Dunham**

## Limited Edition Fleece Blanket

**$41.00** ~~$47.95~~

**Product:**

Fleece Blanket - $59.99

   
   
  

**Style:** Fleece Blanket - 50" X 60"

Fleece Blanket - 50" X 60"

**Color:** Black

  

**Qty:** 1

EXHBIT C
PAGE 226

teechili.com/campaigns/page/6/stores/lichjeff/funny/0102/retailProductCode=2613AB1762TF5A2-95FCCA867719-S3EBS565-TPS102-BLK



What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition







From **Jeff Dunham**

Limited Edition Sherpa Fleece Blanket

**$46.00** ~~$52.95~~

Product:

Sherpa Fleece Blanket - $65.99

  
   
  

**Style:** Sherpa Fleece Blanket - 50" X 60"

Sherpa Fleece Blanket - 50" X 60"

**Color:** Black

**Qty:** 1

1

⏰ **05:55:09** left to buy

Add To Cart

Best gift for you!



Filter

Showing **1,024** items

Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

+ Show more

**CATEGORY** +

**COLOR** +

Limited Edition
**$25.95** $29.95

Add to cart

Limited Edition
**$29.95** $34.95   9 colors

Add to cart

Limited Edition
**$33.99** $39.95   10 colors

Add to cart

Limited Edition
**$24.99** $28.95   8 colors

Add to cart

Limited Edition
**$27.95** $32.95   6 colors

Add to cart

Limited Edition
**$28.95** $33.95

Add to cart

EXHBIT C
PAGE 228







Limited Edition
**$28.95** $33.95        4 colors

Add to cart

Limited Edition
**$42.99** $49.95        9 colors

Add to cart

Limited Edition
**$20.95** $24.95

Add to cart







Limited Edition
**$21.95** $25.95

Add to cart

Limited Edition
**$25.99** $29.95        7 colors

Add to cart

Limited Edition
**$25.95** $29.95        3 colors

Add to cart

EXHBIT C
PAGE 229







Limited Edition
**$25.95** ~~$29.95~~

Limited Edition
**$29.95** ~~$34.95~~    9 colors

Limited Edition
**$33.99** ~~$39.95~~    10 colors

**Add to cart**          **Add to cart**          **Add to cart**







Limited Edition
**$27.95** ~~$32.95~~    6 colors

Limited Edition
**$28.95** ~~$33.95~~

Limited Edition
**$28.95** ~~$33.95~~    4 colors

**Add to cart**          **Add to cart**          **Add to cart**

EXHBIT C
PAGE 230



Limited Edition
**$42.99** ~~$49.95~~   9 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$21.95** ~~$25.95~~

Add to cart



Limited Edition
**$20.95** ~~$24.95~~

Add to cart



Limited Edition
**$25.95** ~~$29.95~~   3 colors

Add to cart



Limited Edition
**$25.99** ~~$29.95~~   7 colors

Add to cart







Limited Edition
**$25.95** ~~$29.95~~

Add to cart

Limited Edition
**$29.95** ~~$34.95~~    9 colors

Add to cart

Limited Edition
**$33.99** ~~$39.95~~    10 colors

Add to cart







Limited Edition
**$24.99** ~~$28.95~~    8 colors

Add to cart

Limited Edition
**$27.95** ~~$32.95~~    6 colors

Add to cart

Limited Edition
**$28.95** ~~$33.95~~

Add to cart

EXHBIT C
PAGE 232





Limited Edition
**$28.95** ~~$33.95~~   4 colors
**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~   9 colors
**Add to cart**

Limited Edition
**$21.95** ~~$25.95~~
**Add to cart**




Limited Edition
**$20.95** ~~$24.95~~
**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~   3 colors
**Add to cart**

Limited Edition
**$25.95** ~~$29.95~~
**Add to cart**

EXHIBIT C
PAGE 233

1  ⋯  4  5  6  ⋯  25  ›



Best gift for you!

Filter

Showing **1,024** items

Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Youth

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ T-Shirts

☐ Hoodies

☐ Sweatshirts

☐ Long sleeve shirt

☐ Unisex tank

☐ Drawstring Bags

+ Show more

**CATEGORY** +

**COLOR** +

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

Limited Edition
**$24.99** $28.95    8 colors
Add to cart

EXHBIT C
PAGE 234







Limited Edition

**$24.99** ~~$28.95~~   8 colors

Add to cart

Limited Edition

**$24.99** ~~$28.95~~   8 colors

Add to cart

Limited Edition

**$24.99** ~~$28.95~~   8 colors

Add to cart







Limited Edition

**$24.99** ~~$28.95~~   8 colors

Add to cart

Limited Edition

**$24.99** ~~$28.95~~   8 colors

Add to cart

Limited Edition

**$25.95** ~~$29.95~~   3 colors

Add to cart

EXHBIT C
PAGE 235





Limited Edition
**$19.95** $22.95

Limited Edition
**$25.95** $29.95

Limited Edition
**$25.99** $29.95     7 colors

**Add to cart**
**Add to cart**
**Add to cart**





Limited Edition
**$33.99** $39.95     10 colors

Limited Edition
**$29.95** $34.95     9 colors

Limited Edition
**$24.99** $28.95     8 colors

**Add to cart**
**Add to cart**
**Add to cart**







Limited Edition
**$28.95** $33.95

Add to cart

Limited Edition
**$27.95** $32.95   6 colors

Add to cart

Limited Edition
**$28.95** $33.95   4 colors

Add to cart







Limited Edition
**$42.99** $49.95   9 colors

Add to cart

Limited Edition
**$21.95** $25.95

Add to cart

Limited Edition
**$20.95** $24.95

Add to cart

EXHBIT C
PAGE 237



Limited Edition
**$25.95** $29.95          3 colors

**Add to cart**

Limited Edition
**$25.99** $29.95          7 colors

**Add to cart**

Limited Edition
**$25.95** $29.95

**Add to cart**







Limited Edition
**$33.99** $39.95          10 colors

**Add to cart**

Limited Edition
**$29.95** $34.95          9 colors

**Add to cart**

Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**





Limited Edition
**$27.95** ~~$32.95~~   6 colors

Limited Edition
**$28.95** ~~$33.95~~

Limited Edition
**$28.95** ~~$33.95~~   4 colors

**Add to cart**   **Add to cart**   **Add to cart**





Limited Edition
**$24.99** ~~$28.95~~   8 colors

Limited Edition
**$21.95** ~~$25.95~~

Limited Edition
**$19.95** ~~$22.95~~

**Add to cart**   **Add to cart**   **Add to cart**

EXHBIT C
PAGE 239

‹  1   2   3   4   5   ···   25   ›









Limited Edition

**$24.99** ~~$28.95~~  8 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~  8 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~  8 colors

**Add to cart**









Limited Edition

**$59.99** ~~$68.95~~  3 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~  8 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~  8 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~   7 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**







Limited Edition
**$24.99** $28.95          8 colors

Limited Edition
**$24.99** $28.95          8 colors

Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**

**Add to cart**

**Add to cart**







Limited Edition
**$24.99** $28.95          8 colors

Limited Edition
**$24.99** $28.95          8 colors

Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**

**Add to cart**

**Add to cart**

EXHBIT C
PAGE 243



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**







Limited Edition
**$24.99** $28.95   8 colors

Limited Edition
**$24.99** $28.95   8 colors

Limited Edition
**$24.99** $28.95   8 colors

**Add to cart**   **Add to cart**   **Add to cart**







Limited Edition
**$24.99** $28.95   8 colors

Limited Edition
**$24.99** $28.95   8 colors

Limited Edition
**$24.99** $28.95   8 colors

**Add to cart**   **Add to cart**   **Add to cart**

EXHBIT C
PAGE 245

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home › Jeff Dunham

# Jeff Dunham

Best gift for you!

Filter

**SHOP FOR** —

- Men's
- Women's
- Youth
- Accessories
- Home & Living

**PRODUCT TYPE** —

- T-Shirts
- Hoodies
- Sweatshirts
- Long sleeve shirt
- Unisex tank
- Drawstring Bags

+ Show more

**CATEGORY** +

Showing **1,024** items

Sort: Top Selling ⌄

Limited Edition
**$24.99** ~~$28.95~~    8 colors
Add to cart

Limited Edition
**$42.99** ~~$49.95~~    9 colors
Add to cart

Limited Edition
**$24.99** ~~$28.95~~    5 colors
Add to cart

EXHBIT C
PAGE 246







Limited Edition
$24.99 $28.95    8 colors

**Add to cart**

Limited Edition
$24.99 $28.95    8 colors

**Add to cart**

Limited Edition
$24.99 $28.95    4 colors

**Add to cart**







Limited Edition
$24.99 $28.95    8 colors

**Add to cart**

Limited Edition
$42.99 $49.95    9 colors

**Add to cart**

Limited Edition
$59.99 $68.95    3 colors

**Add to cart**

EXHIBIT C
PAGE 247







Limited Edition
**$42.99** $49.95    9 colors

**Add to cart**

Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**

Limited Edition
**$42.99** $49.95    9 colors

**Add to cart**







Limited Edition
**$44.99** $51.95    8 colors

**Add to cart**

Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**

Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**

EXHBIT C
PAGE 248



teechili.com/campaigns/-/-/stores/lichjeff/jeff1?retailProductCode=2613AB1767F5A2-999C8BC33319-S3FBC560-TPS104-NAV

What are you looking for?

Track your order

Jeff Dunham    Entertainment

Home > Jeff Dunham > Limited Edition





From **Jeff Dunham**

## Limited Edition Fleece Blanket

**$44.99** ~~$51.95~~

**Product:**

Fleece Blanket - $44.99

 

**Style:** Fleece Blanket - 50" X 60"

Fleece Blanket - 50" X 60"

**Color:** J Navy

**Qty:** 1

1 ⏰ 10:11:23 left to buy

**Add To Cart**

**Related products**

EXHBIT C
PAGE 249







Limited Edition
**$24.99** ~~$28.95~~          8 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~          8 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~          8 colors

**Add to cart**







Limited Edition
**$42.99** ~~$49.95~~          9 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~          8 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~          8 colors

**Add to cart**

EXHIBIT C
PAGE 250

  

Limited Edition     Limited Edition     Limited Edition

**$24.99** ~~$28.95~~   8 colors    **$24.99** ~~$28.95~~   8 colors    **$24.99** ~~$28.95~~   8 colors

**Add to cart**     **Add to cart**     **Add to cart**

  

Limited Edition     Limited Edition     Limited Edition

**$24.99** ~~$28.95~~   8 colors    **$24.99** ~~$28.95~~   8 colors    **$42.99** ~~$49.95~~   9 colors

**Add to cart**     **Add to cart**     **Add to cart**





Limited Edition

**$42.99** ~~$49.95~~

Add to cart

Limited Edition

**$42.99** ~~$49.95~~   9 colors

Add to cart

Limited Edition

**$42.99** ~~$49.95~~   9 colors

Add to cart







Limited Edition

**$42.99** ~~$49.95~~

Add to cart

Limited Edition

**$42.99** ~~$49.95~~   9 colors

Add to cart

Limited Edition

**$42.99** ~~$49.95~~   9 colors

Add to cart

1   2   3   4   5   •••   25   >

**You Might Want To Try**

Interests    Entertainment    Animals

Filter

Showing **111** items

Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ Classic Tee

☐ T-Shirts

☐ Men

☐ Classic Tee

☐ T-Shirts

☐ Women

＋ Show more

**COLOR** ＋



Limited Edition
**$24.99** ~~$28.95~~   9 colors
Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors
Add to cart



Limited Edition
**$42.99** ~~$49.95~~   9 colors
Add to cart



Limited Edition
**$17.99** ~~$20.95~~   17 colors
Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors
Add to cart



Limited Edition
**$24.99** ~~$28.95~~   9 colors
Add to cart

EXHBIT C
PAGE 253







Limited Edition
**$24.99** ~~$28.95~~    8 colors

Limited Edition
**$24.99** ~~$28.95~~    8 colors

Limited Edition
**$24.99** ~~$28.95~~    8 colors

**Add to cart**    **Add to cart**    **Add to cart**







Limited Edition
**$42.99** ~~$49.95~~    9 colors

Limited Edition
**$24.99** ~~$28.95~~    8 colors

Limited Edition
**$24.99** ~~$28.95~~    8 colors

EXHBIT C
PAGE 254

**Add to cart**    **Add to cart**    **Add to cart**



Limited Edition
**$24.99** ~~$28.95~~    8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~    9 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~    8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~    9 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~    8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~    8 colors

Add to cart







Limited Edition
**$24.99** $28.95    8 colors

Add to cart

Limited Edition
**$24.99** $28.95    8 colors

Add to cart

Limited Edition
**$24.99** $28.95    9 colors

Add to cart







Limited Edition
**$14.95** $17.95

Add to cart

Limited Edition
**$24.99** $28.95    8 colors

Add to cart

Limited Edition
**$24.99** $28.95    8 colors

Add to cart

EXHIBIT C
PAGE 256







Limited Edition

**$42.99** ~~$49.95~~

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~   8 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~   8 colors

**Add to cart**







Limited Edition

**$24.99** ~~$28.95~~   8 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~   8 colors

**Add to cart**

Limited Edition

**$24.99** ~~$28.95~~   8 colors

**Add to cart**

EXHBIT C
PAGE 257







Limited Edition
**$24.99** $28.95        8 colors

Limited Edition
**$24.99** $28.95        7 colors

Limited Edition
**$24.99** $28.95        8 colors

Add to cart

Add to cart

Add to cart







Limited Edition
**$24.99** $28.95        8 colors

Limited Edition
**$42.99** $49.95        15 colors

Limited Edition
**$24.99** $28.95        9 colors

Add to cart

Add to cart

Add to cart

EXHBIT C
PAGE 258

‹    1    2    3    4    ›

**You Might Want To Try**

Interests   Entertainment   Animals

≡ Filter

Showing **111** items

≡ Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ Classic Tee

☐ T-Shirts

☐ Men

☐ Classic Tee

☐ T-Shirts

☐ Women

+ Show more

**COLOR** +

Limited Edition
$24.99 $28.95   8 colors
Add to cart

Limited Edition
$24.99 $28.95   8 colors
Add to cart

Limited Edition
$24.99 $28.95   8 colors
Add to cart

Limited Edition
$24.99 $28.95   9 colors
Add to cart

Limited Edition
$24.99 $28.95   8 colors
Add to cart

Limited Edition
$24.99 $28.95   8 colors
Add to cart

EXHBIT C
PAGE 259



Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**



Limited Edition
**$42.99** $49.95          9 colors

**Add to cart**



Limited Edition
**$24.99** $28.95          9 colors

**Add to cart**



Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95          9 colors

**Add to cart**



**Limited Edition**
**$24.99** ~~$28.95~~   9 colors

Add to cart



**Limited Edition**
**$24.99** ~~$28.95~~   8 colors

Add to cart



**Limited Edition**
**$24.99** ~~$28.95~~   8 colors

Add to cart



**Limited Edition**
**$24.99** ~~$28.95~~   6 colors

Add to cart



**Limited Edition**
**$24.99** ~~$28.95~~   8 colors

Add to cart



**Limited Edition**
**$59.99** ~~$68.95~~   3 colors

Add to cart

EXHBIT C
PAGE 261



Limited Edition
**$42.99** $49.95    9 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    9 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    9 colors

**Add to cart**



Limited Edition
**$24.99** $28.95    8 colors

**Add to cart**







Limited Edition
**$24.99** ~~$28.95~~   16 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~   7 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**







Limited Edition
**$24.99** ~~$28.95~~   8 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~   16 colors

**Add to cart**

Limited Edition
**$42.99** ~~$49.95~~   9 colors

**Add to cart**

EXHBIT C
PAGE 263







Limited Edition
**$24.99** ~~$28.95~~    8 colors

Limited Edition
**$24.99** ~~$28.95~~    8 colors

Limited Edition
**$24.99** ~~$28.95~~    16 colors

**Add to cart**    **Add to cart**    **Add to cart**







Limited Edition
**$24.99** ~~$28.95~~    9 colors

Limited Edition
**$42.99** ~~$49.95~~

Limited Edition
**$24.99** ~~$28.95~~    8 colors

**Add to cart**    **Add to cart**    **Add to cart**

EXHBIT C
PAGE 264

‹  1  2  3  4  ›

**You Might Want To Try**

Interests   Entertainment   Animals

≡ Filter

Showing **111** items

Sort: Top Selling ⌄

**SHOP FOR** —

○ Men's

○ Women's

○ Accessories

○ Home & Living

**PRODUCT TYPE** —

☐ Classic Tee

☐ T-Shirts

☐ Men

☐ Classic Tee

☐ T-Shirts

☐ Women

＋ Show more

**COLOR** ＋



Limited Edition
**$24.99** $28.95   9 colors
Add to cart



Limited Edition
**$24.99** $28.95   8 colors
Add to cart



Limited Edition
**$42.99** $49.95   9 colors
Add to cart



Limited Edition
**$24.99** $28.95   5 colors
Add to cart



Limited Edition
**$24.99** $28.95   8 colors
Add to cart



Limited Edition
**$24.99** $28.95   8 colors
Add to cart

EXHBIT C
PAGE 265



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   9 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   4 colors

Add to cart



Limited Edition
**$59.99** ~~$68.95~~   3 colors

Add to cart

EXHBIT C
PAGE 266



Limited Edition
**$24.99** ~~$28.95~~    9 colors

**Add to cart**



Limited Edition
**$42.99** ~~$49.95~~    9 colors

**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~    8 colors

**Add to cart**



Limited Edition
**$44.99** ~~$51.95~~    8 colors

**Add to cart**



Limited Edition
**$24.99** ~~$28.95~~    9 colors

**Add to cart**



Limited Edition
**$42.99** ~~$49.95~~    9 colors

**Add to cart**





Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart





Limited Edition
**$17.99** ~~$20.95~~   17 colors

Add to cart

Limited Edition
**$42.99** ~~$49.95~~   9 colors

Add to cart

Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart







Limited Edition
**$17.99** $20.95          17 colors

**Add to cart**

Limited Edition
**$42.99** $49.95          9 colors

**Add to cart**

Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**





Limited Edition
**$42.99** $49.95          9 colors

**Add to cart**

Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**

Limited Edition
**$24.99** $28.95          8 colors

**Add to cart**

EXHBIT C
PAGE 269



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart



Limited Edition
**$24.99** ~~$28.95~~   8 colors

Add to cart





Limited Edition
**$24.99** ~~$28.95~~        8 colors
**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~        8 colors
**Add to cart**

Limited Edition
**$24.99** ~~$28.95~~        9 colors
**Add to cart**

‹   **1**   2   3   4   ›

EXHBIT C
PAGE 271