

**Join to earn TeeChip Cash**
Log In / Sign Up



What are you looking for?

Women   Men   Youth & Baby   Home & Living   Accessories   Jewelry

Home > Jeff Dunham Madison WI T-Shirt







## Jeff Dunham Madison WI T-Shirt
### Classic T-Shirt

**$22.95** ~~$26.95~~

**Product:** Classic T-Shirt














**Color:** Black







**Size:** Select a Size          _Size Guide_






| S | M | L | XL | 2XL |
|---|---|---|---|---|
| 3XL | 4XL | 5XL | 6XL | |

Qty: 1

EXHIBIT D
PAGE 272



EXHIBIT D
PAGE 273



 **TeeChip**

Join to earn TeeChip Cash
Log In / Sign Up

What are you looking for?

Women    Men    Youth & Baby    Home & Living    Accessories    Jewelry

Home > Jeff Dunham Toledo OH T-Shirt






## Jeff Dunham Toledo OH T-Shirt Hooded Sweatshirt

**$42.95** ~~$49.95~~

**Product:** Hooded Sweatshirt

    
    
 

**Color:** Black

**Size:** Select a Size                    Size Guide

| S | M | L | XL | 2XL |
| 3XL | 4XL | 5XL | | |

EXHIBIT D
PAGE 274



web.archive.org/web/20200414221513/https://teechip.com/jeff-dunham-walter-face-mask-ew-people-shirt

https://teechip.com/jeff-dunham-walter-face-mask-ew-people-shirt

INTERNET ARCHIVE
WaybackMachine
5 captures
14 Apr 2020

MAR  **APR**  MAY
**14**
2019  **2020**  2021

Home > Jeff Dunham Walter Face Mask Ew People Shirt

⚠ **This campaign is under review** by our content review team as of Tuesday, April 14, 2020









## Jeff Dunham Walter Face Mask Ew People Shirt Classic T-Shirt

**$22.95** ~~$26.95~~

**Product:** Classic T-Shirt

   
    
  

**Color:** Black

**Size:** Select a Size          Size Guide

| S | M | L | XL | 2XL |
| 3XL | 4XL | 5XL | 6XL | |

Waiting for web.archive.org...

Saving page now... https://teechip.com/jeff-dunham-madison-t-shirt As it appears live April 16, 2020 10:27:28 PM UTC 

 **TeeChip**

What are you looking for?

**Join to earn TeeChip Cash**
Log In / Sign Up

Women    Men    Youth & Baby    Home & Living    Accessories    Jewelry

Home > Jeff Dunham Madison WI T-Shirt






### Jeff Dunham Madison WI T-Shirt
Classic T-Shirt

**$22.95** ~~$26.95~~

**Product:** Classic T-Shirt

   
    
 

**Color:** Black

    

**Size:** Select a Size          Size Guide



| S | M | L | XL | 2XL |
|---|---|---|----|-----|
| 3XL | 4XL | 5XL | 6XL | |

**Qty:** 1

EXHIBIT D
PAGE 277

aving page now... https://teechip.com/jeffdunham-if-you-don-t-want-a-sarcastic-answer As it appears live April 16, 2020 10:28:00 PM UTC 

 TeeChip

What are you looking for?

Join to earn TeeChip Cash
Log In / Sign Up

Women    Men    Youth & Baby    Home & Living    Accessories    Jewelry

Home > Jeff Dunham If you don't want a sarcastic answer








**Jeff Dunham If you don't want a sarcastic answer Classic T-Shirt**

**$22.95** $26.95

**Product:** Classic T-Shirt

    
    
  

**Color:** Black

   
 
 

**Size:** Select a Size                              Size Guide

    
S        M        L        XL        2XL

EXHIBIT D
PAGE 278

teechip.com/jeff-dunham-madison-t-shirt

**TeeChip**

What are you looking for?

**Join to earn TeeChip Cash**
Log In / Sign Up

Women   Men   Youth & Baby   Home & Living   Accessories   Jewelry

Home > Jeff Dunham Madison WI T-Shirt






### Jeff Dunham Madison WI T-Shirt
Classic T-Shirt

**$22.95** ~~$26.95~~

**Product:** Classic T-Shirt





**Color:** Black



**Size:** Select a Size          Size Guide

          

| S | M | L | XL | 2XL |
| 3XL | 4XL | 5XL | 6XL | |

**Qty:** 1

  1 ⌄      ⏰ 07:45:47 left to buy

EXHIBIT D
PAGE 279

Saving page now... https://teechip.com/jeffdunham-if-you-don-t-want-a-sarcastic-answer As it appears live April 16, 2020 9:12:57 PM UTC

TeeChip

Home



EXHIBIT D
PAGE 280



Jeff Dunham If you don't want a sarcastic answer Classic T-Shirt

**$22.95** ~~$26.95~~

**Product:** Classic T-Shirt

**Color:** Black

**Size:** Select a Size                                                                              *Size Guide*

| S | M | L | XL | 2XL |

| 3XL | 4XL | 5XL | 6XL |

**Qty:** 1

| 1 |

**Buy It Now**

---

## Campaign Details

**HOW TO ORDER Shirt ?**

1. Click the BUY IT NOW OR RESERVE IT NOW.

2. Select your Preferred Size Quantity and Style.

3. CHECKOUT!

**Tip:** Order 2 or more and SAVE on SHIPPING!

**Important:** Select Style Drop-down below to view all styles of shirts available Shirt !

*100% Designed, Shipped, and Printed in the U.S.A.*

---

## Product Details

- Ribbed and double stitched collar
- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter



**Shipping Info**

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

☐ Report this campaign

---

**Back To Top** ☐

**TeeChip**

**Service**

Track Order

FAQ

Returns & Exchanges

Terms & Privacy

DMCA

Contact Us

| English (United States) |
| --- |

**Company**

Sell on TeeChip

Legacy Login

Blog

Popular Storefronts

Tags directory

TeeChip Reviews

| $ USD |
| --- |

support@teechip.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

☐   ☐   ☐

ACCREDITED BUSINESS    BBB Ratings: A+
as of 1/17/2020
Click for Profile

VISA    Mastercard    AMERICAN    DISCOVER    Paypal

© 2020 TeeChip



< Home



Jeff Dunham Madison WI T-Shirt Classic T-Shirt

**$22.95** ~~$26.95~~

⏰ **09:04:31** left to buy



**Product:** Classic T-Shirt

**Color:** Black

**Size:** Select a Size                                                                 Size Guide

| S | M | L | XL | 2XL |
|---|---|---|----|-----|

| 3XL | 4XL | 5XL | 6XL |
|-----|-----|-----|-----|

**Qty:** 1

1 ⌄

**Buy It Now**

Last day to order!

## Campaign Details

See more trend tshirt click here >>> **Trend tshirt Store** <<<

## Product Details

- Ribbed and double stitched collar
- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter.

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

🏳 Report this campaign



Back To Top ⌃

TeeChip

**Service**

Track Order

FAQ

Returns & Exchanges

Terms & Privacy

DMCA

Contact Us

English (United States) ⌄

**Company**

Sell on TeeChip

Legacy Login

Blog

Popular Storefronts

Tags directory

TeeChip Reviews

$ USD ⌄

support@teechip.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

BBB ACCREDITED BUSINESS   BBB Ratings: A+ as of 1/17/2020 Click for Profile

VISA   MasterCard   AMERICAN EXPRESS   DISCOVER   PayPal

© 2020 TeeChip

EXHIBIT D
PAGE 285

Saving page now... https://teechip.com/jeff-dunham-madison-t-shirt As it appears live April 16, 2020 9:12:11 PM UTC 



< Home



Jeff Dunham Madison WI T-Shirt Classic T-Shirt

**$22.95** ~~$26.95~~

**Product:** Classic T-Shirt

         

**Color:** Black

    

**Size:** Select a Size      Size Guide

| | | | | |
|---|---|---|---|---|
| S | M | L | XL | 2XL |
| 3XL | 4XL | 5XL | 6XL | |

**Qty:** 1

1 ▾

**Buy It Now**

## Campaign Details

See more trend tshirt click here >>> **Trend tshirt Store** <<<

## Product Details

- Ribbed and double stitched collar
- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

EXHIBIT D

PAGE 287

🏳️ Report this campaign

---

**Back To Top** ⌃





**Service**

Track Order

FAQ

Returns & Exchanges

Terms & Privacy

DMCA

Contact Us

**Company**

Sell on TeeChip

Legacy Login

Blog

Popular Storefronts

Tags directory

TeeChip Reviews

English (United States)

$ USD

support@teechip.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

support@teechip.com

© 2020 TeeChip

EXHIBIT D
PAGE 288



☰  🍯 TeeChip                                                                    🔍  🛒

‹ Home

⚠ **This campaign is under review** by our content review team as of Tuesday, April 14, 2020







Jeff Dunham Walter Face Mask Ew People Shirt Classic T-Shirt

**$22.95** ~~$26.95~~

**Product:** Classic T-Shirt

**Color:** Black

**Size:** Select a Size        Size Guide

| S | M | L | XL | 2XL |
|---|---|---|---|---|
| 3XL | 4XL | 5XL | 6XL | |

**Qty:** 1

1 ⌄

**Buy It Now**

---

## Campaign Details

**Jeff Dunham Walter Face Mask Ew People Shirt** ☑Hoodie ☑Sweatshirt ☑Sweater, T-Shirt, Long Sleeve, Tank Top, Crewneck Hooded, Mug, Phone Case.
**HOW TO ORDER Shirt ?**
1. Click the BUY IT NOW OR RESERVE IT NOW.
2. Select your Preferred Size Quantity and Style.
3. CHECKOUT!
**Important:** Select Style Drop-down below to view all styles of shirts available Shirt !
*100% Designed, Shipped, and Printed in the U.S.A.*

---

## Product Details

- Ribbed and double stitched collar
- Machine-wash safe
- Unisex
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

## Shipping Info

Orders ship within 5 to 10 business days.

For more details about our shipping rates, please visit here

Read about our latest update on COVID-19

⚑ Report this campaign

Back To Top ⌃



TeeChip

**Service**

Track Order

FAQ

Returns & Exchanges

Terms & Privacy

DMCA

Contact Us

**Company**

Sell on TeeChip

Legacy Login

Blog

Popular Storefronts

Tags directory

English (United States)

$ USD

support@teechip.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

BBB Ratings: A+
as of 1/17/2020
Click for Profile

© 2020 TeeChip

 TeeChip

 

‹ Home

 Our masks offer great everyday, basic protection, but please note these are not N95 masks. For CDC guidance on fabric masks, click here

 **This campaign is under review** by our content review team as of Thursday, April 16, 2020

‹                                                                            ›

EXHIBIT D
PAGE 292

● ○ ○

LIMITED EDITION Mask

**$19.95** ~~$22.95~~

⏰ **22:57:57** left to buy

**Product:** Mask



**Style:** Cloth Face Mask

| Cloth Face Mask ⌄ |
| --- |

**Qty:** 1

| 1 ⌄ |
| --- |

**Buy It Now**

Last day to order!

**Bundle and Save**

EXHIBIT D
PAGE 293





# 10% Off

Total Price:

**$43.11** ~~$47.90~~

Add Both to Cart

---

## Campaign Details

LIMITED EDITION

---

## Product Details

- Size: 7" X 3.5"
- 100% polyester
- Elastic Ear Loops
- Machine Washable, Reusable
- Not a medical device
- Products are proudly printed in the United States

All products are made to order and printed to the best standards available. They do not include embellishments, such as rhinestones or glitter

---

## Shipping Info

- Orders ship within 14-21 days for US orders
- Shipping times will vary for international orders

For more details about our shipping rates, please visit here

<u>Read about our latest update on COVID-19</u>

## Tags

Hobbies

⚑ <u>Report this campaign</u>

Back To Top  ^



| Service | Company |
| --- | --- |
| Track Order | Sell on TeeChip |
| FAQ | Legacy Login |
| Returns & Exchanges | Blog |
| Terms & Privacy | Popular Storefronts |
| DMCA | Tags directory |
| Contact Us | TeeChip Reviews |

English (United States) ▾        $ USD ▾

support@teechip.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

© 2020 TeeChip

EXHIBIT D
PAGE 295

Case 2:20-cv-03716-DMG-MAA     Document 1-5    Filed 04/23/20    Page 25 of 26    Page ID #:297

 TeeChip

< Home

## Official Jeff Dunham Christmas Tree Shirt

Buy **Jeff Dunham Christmas Tree Shirt**, Hoodie, Sweatshirt, Sweater, Longsleeve, Tank Top, Mug, Phone Case, Crewneck, Hooded, Jacket. Jeff Dunham Christmas Tree Merch, Merchandise. Available US, UK, Germany, France, Canada...

Sort        0        Filter

Back To Top ^

 TeeChip

**Service**

Track Order

**Company**

Sell on TeeChip



FAQ

Legacy Login

Returns & Exchanges

Blog

Terms & Privacy

Popular Storefronts

DMCA

Tags directory

Contact Us

TeeChip Reviews

English (United States)

$ USD

support@teechip.com

211 N Pennsylvania St. Suite 600
Indianapolis, IN 46204

© 2020 TeeChip