**MARTIN D. SINGER (BAR NO. 78166)**
mdsinger@lavelysinger.com
**T. WAYNE HARMAN (BAR NO. 254089)**
wharman@lavelysinger.com
**JAKE A. CAMARA (BAR NO. 305780)**
jcamara@lavelysinger.com
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiff
JEFF DUNHAM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEFF DUNHAM, as an individual and in his capacity as TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LEI, an individual; OOSHIRTS, INC., d/b/a TEECHIP and TEECHILI; and DOES 1-50,<br><br>Defendants. | CASE NO.: 2:20-CV-03716<br><br>**NOTICE OF INTERESTED PARTIES** |

4689-7

NOTICE OF INTERESTED PARTIES

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN**:

The undersigned, counsel of record for Plaintiff Jeff Dunham, as an individual and as Trustee of The Jeff Dunham Trust Dated March 24, 2010, certifies that the following listed parties or persons may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Those parties or persons are:

1. Jeff Dunham, as an individual and as Trustee of the Jeff Dunham Trust Dated March 24, 2010, Plaintiff
2. Raymond Lei, Defendant
3. Ooshirts, Inc. d/b/a Teechip and Teechili, Defendant

Dated: April 23, 2020

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
T. WAYNE HARMAN
JAKE A. CAMARA

By: /s/ Martin D. Singer_____
MARTIN D. SINGER
Attorneys for Plaintiff
JEFF DUNHAM