1 Craig J. Mariam (SBN: 225280)
  cmariam@grsm.com
2 Garrett M. Fahy (SBN: 267103)
  gfahy@grsm.com
3 Stephanie L. Cobau (SBN: 307713)
  scobau@grsm.com
4 GORDON REES SCULLY MANSUKHANI, LLP
  633 West Fifth Street, 52nd floor
5 Los Angeles, CA 90071
  Telephone: (619) 696-6700
6 Facsimile: (619) 696-7124

7 Attorneys for Defendants
  Raymond Lei and ooShirts, Inc.
8

9               UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 JEFF DUNHAM, as an individual and in )   CASE NO. 2:20-CV-03716
   his capacity as TRUSTEE OF THE JEFF )
12 DUNHAM TRUST DATED MARCH )             **DEFENDANTS RAYMOND LEI**
   24, 2010,                            )  **AND OOSHIRTS, INC.'S**
13                                       )  **CERTIFICATION AND NOTICE**
                                         )  **OF INTERESTED PARTIES**
14               Plaintiff,              )
                                         )  **(Local Rule 7.1-1)**
15      v.                               )
                                         )  Complaint filed: April 23, 2020
16 RAYMOND LEI, an individual;          )   Judge: Hon. Dolly M. Gee
   OOSHIRTS, INC., d/b/a TEECHIP and )      Magistrate Judge: Hon. Maria Audero
17 TEECHILI; and DOES 1-50,             )
                                         )
18               Defendants.            )

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

**TO THE CLERK OF THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for defendants Raymond Lei and ooShirts, Inc., hereby certifies that the following parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
| --- | --- |
| Jeff Dunham | Plaintiff |
| The Jeff Dunham Trust Dated March 24, 2010 | Plaintiff |
| Raymond Lei | Defendant |
| ooShirts, Inc. | Defendant |

Dated:  July 6, 2020

GORDON REES SCULLY |
MANSUKHANI, LLP

By:   /s/ Craig J. Mariam
Craig J. Mariam
Garrett M. Fahy
Stephanie L. Cobau
Attorneys for Defendants
Raymond Lei and ooShirts, Inc.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-2-
CERTIFICATION AND NOTICE OF INTERESTED PARTIES