MARTIN D. SINGER (BAR NO. 78166)
mdsinger@lavelysinger.com
T. WAYNE HARMAN (BAR NO. 254089)
wharman@lavelysinger.com
JAKE A. CAMARA (BAR NO. 305780)
jcamara@lavelysinger.com
**LAVELY & SINGER, P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiff
JEFF DUNHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEFF DUNHAM, as an individual and in his capacity as TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LEI, an individual; OOSHIRTS, INC., d/b/a TEECHIP and TEECHILI; and DOES 1-50,<br><br>Defendants. | CASE NO.: 2:20-CV-03716-DMG-MAA<br><br>[Judge: Hon. Dolly M. Gee]<br>[Magistrate Judge: Hon. Maria Audero]<br><br>**DECLARATION OF T. WAYNE HARMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S MOTION TO DISMISS [FRCP 12(b)(6)]**<br><br>Hearing Date: September 4, 2020<br>Time: 9:30 a.m.<br>Courtroom: 8C<br><br>Complaint filed: April 23, 2020 |

4689-7

DECLARATION OF T. WAYNE HARMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S MOTION TO DISMISS

# DECLARATION OF T. WAYNE HARMAN

I, T. Wayne Harman, declare as follows:

1.  I am an attorney at law duly licensed to practice before the Courts of the State of California and the Central District of California, and am a member of the law firm Lavely & Singer Professional Corporation ("Lavely & Singer"), counsel of record for Attorneys for Plaintiff Jeff Dunham. I have personal and first-hand knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto under oath.

2.  On or around June 10, 2020, I sent an email to Chris Ridder, the original counsel of record for Defendants Raymond Lei and OoShirts, Inc. ("Defendants"), looking to set up a telephone call to follow up on initial discussions that had taken place with Mr. Ridder a month earlier pertaining to the substance of the dispute (but that did not, in any way, pertain to the propriety of plaintiff's claims or Defendants' intentions with regard to responding to the complaint). Because Craig Mariam had informed us just a week earlier that his firm had been retained to represent Defendants in this matter as well, Mr. Ridder suggested that our "follow up questions" should be directed primarily to Mr. Mariam. I invited Mr. Mariam and Mr. Ridder to a call to follow up on our earlier communications with Mr. Ridder, and we set the call for June 15, 2020.

3.  On June 15, 2020, I led a call with Mr. Mariam and Mr. Ridder, the primary subject matter of which was to discuss the plaintiff's discovery of hundreds of post-Complaint infringing products on Defendants' websites, as well as defendants' representation that they would provide us with additional information pertaining to the alleged infringement that was occurring on Defendants' websites. Mr. Ridder took the lead in responding to my questions, and Mr. Mariam only occasionally commented.

4.  At no point during that brief call, or at any point before Defendants filed the instant motion to dismiss, did Defendants' counsel meet and confer with our office about their anticipated response to the Complaint, that they would be filing a motion to dismiss,

1

DECLARATION OF T. WAYNE HARMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S MOTION TO DISMISS

1  or any of the purported bases for their motion to dismiss. This is true despite the fact that
2  I had sent several emails following that June 15th call to Messrs. Ridder and Mariam
3  (including as late as June 24, 2020) in furtherance of the issues we discussed on that call,
4  which went unanswered. Consequently, I was surprised to have been served with a
5  motion to dismiss on July 6, 2020, when absolutely no meet and confer had occurred, as
6  required by the local rules and the standing order of this Court.
7        I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and correct.
9        Executed on this 14th day of August, 2020, at Los Angeles, California.

_____
T. WAYNE HARMAN

2

DECLARATION OF T. WAYNE HARMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S MOTION TO DISMISS