| | |
|---|---|
| 1 | Craig J. Mariam (SBN: 225280) |
| | cmariam@grsm.com |
| 2 | Garrett M. Fahy (SBN: 267103) |
| | gfahy@grsm.com |
| 3 | Stephanie L. Cobau (SBN: 307713) |
| | scobau@grsm.com |
| 4 | GORDON REES SCULLY MANSUKHANI, LLP |
| | 633 West Fifth Street, 52nd floor |
| 5 | Los Angeles, CA 90071 |
| | Telephone: (619) 696-6700 |
| 6 | Facsimile: (619) 696-7124 |
| 7 | Attorneys for defendants, |
| | Raymond Lei and ooShirts, Inc. |

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd floor*
*Los Angeles, CA 90071*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF DUNHAM, as an individual and in his capacity as TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND LEI, an individual; OOSHIRTS, INC., d/b/a TeeChip and TeeChili; and DOES 1-50, <br><br> Defendants. | CASE NO. 2:20-CV-03716 <br><br> **DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S REPLY TO MOTION TO DISMISS** <br><br> Complaint filed: April 23, 2020 <br> Judge: Hon. Dolly M. Gee <br> Magistrate Judge: Hon. Maria Audero <br><br> Hearing Date: September 4, 2020 <br> Hearing Time: 9:30 a.m. <br> Courtroom: 8C |

### DECLARATION OF CRAIG J. MARIAM

I, Craig J. Mariam, declare as follows:

1. I am over the age of eighteen and am competent to testify to the facts stated in this declaration. I am an attorney and partner with the law firm of Gordon & Rees LLP, counsel of record for defendants, ooShirts, Inc. and Raymond Lei. I am admitted to the Bar of the State of California and licensed to practice before this Court. Except where otherwise stated or obvious from context, I have personal

- 1 -

DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF RAYMOND LEI AND OOSHIRTS, INC.'S REPLY TO MOTION TO DISMISS

knowledge of the matters stated herein, and if sworn as a witness could and would testify competently thereto.

2. On or about June 3, 2020, I sent an email to counsel of record for plaintiff Jeff Dunham, Martin Singer, Esq., Wayne Harman, Esq., and Jake Camara, Esq., requesting their availability to meet and confer in accordance with Local Rule 7-3. Thereafter, on June 11, 2020, Mr. Harman provided his availability and the parties scheduled their conference for June 15, 2020. That same day, my office sent Mr. Harman a calendar invitation, containing telephonic dial-in information for the conference call. True and correct copies of that email chain and calendar invitation are attached hereto as **Exhibit 1**.

3. On or about June 15, 2020, I met and conferred with Mr. Dunham's counsel in accordance with Local Rule 7-3. The conference was held telephonically, and was attended by myself, Chris Ridder, Esq. (co-defense counsel for ooShirts and Mr. Lei), and Mr. Harman. The conference call lasted approximately 45-minutes, during which time the parties thoroughly discussed the substance of ooShirts and Mr. Lei's contemplated motion to dismiss, in addition to other pertinent matters in an effort to avoid burdening this Court with further disputes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of August 2020.

_____
Craig J. Mariam

- 2 -

DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF RAYMOND LEI AND OOSHIRTS, INC.'S REPLY TO MOTION TO DISMISS