# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Craig Mariam |
| **Sent:** | Friday, June 12, 2020 8:10 AM |
| **To:** | 'Wayne Harman' |
| **Cc:** | Garrett Fahy; Stephanie Cobau; Fatima Ansary; Jeanne Farrar; 'Chris Ridder' |
| **Subject:** | RE: Jeff Dunham v. Raymond Lei, OOShirts et al. |

Wayne:

Thank you – Jeanne/Fatima, can you please circulate a dial in for Monday at 11 am PT?

Craig

> **From:** Wayne Harman
> **Sent:** Thursday, June 11, 2020 12:59 PM
> **To:** Craig Mariam
> **Cc:** Garrett Fahy ; Stephanie Cobau ; Wayne Harman
> **Subject:** RE: Jeff Dunham v. Raymond Lei, OOShirts et al.
>
> Craig,
> Thank you for your email. Are you available to discuss this matter either tomorrow or on Monday?
> Thanks,
> Wayne
>
> T. Wayne Harman
> **LAVELY & SINGER**
> PROFESSIONAL CORPORATION
> ATTORNEYS AT LAW
> 2049 Century Park East, Suite 2400
> Los Angeles, California 90067-2906
> Telephone: (310) 556-3501 x272
> Cell: (305) 401-2590
> Facsimile: (310) 556-3615
> E-mail: wharman@lavelysinger.com
> www.lavelysinger.com
>
>> **From:** Craig Mariam [mailto:cmariam@grsm.com]
>> **Sent:** Wednesday, June 3, 2020 10:29 AM
>> **To:** Martin Singer; Wayne Harman; Jake Camara
>> **Cc:** Garrett Fahy; Stephanie Cobau
>> **Subject:** Jeff Dunham v. Raymond Lei, OOShirts et al.
>>
>> Counsel:
>>
>> Good morning. Please be advised that we represent Ooshirts, Inc. and Raymond Lei in this matter going forward; therefore, please direct correspondence to our attention.
>>
>> We are working on the understanding that a responsive pleading is due on or before July 6, 2020; kindly advise if that is incorrect. Also, advise when is a good time to discuss, further to Local Rule 7-3.
>>
>> Thanks – Craig

**CRAIG J. MARIAM** | Attorney at Law
**GORDON & REES LLP**

633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
P: 213-576-5000 | F:877-306-0043
Licensed to Practice in CA, NV, NY, TX, MO, PA, ID
**cmariam@gordonrees.com**

**vCard** | **Bio**

Arizona • California • Colorado • Connecticut • Florida • Georgia • Illinois • Maryland
Missouri • Nevada • New Jersey • New York • North Carolina • Oregon • Pennsylvania
South Dakota • Texas • Virginia • Washington • Washington, D.C.

 Please consider the environment before printing this email.

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
**http://www.grsm.com**

| | |
|---|---|
| **Subject:** | Jeff Dunham v. Raymond Lei, OOShirts et al. \| Conference Call Scheduled on Monday, June 15, 2020 at 11:00 a.m. (PT) |
| **Location:** | Office/Other |
| **Start:** | Mon 6/15/2020 11:00 AM |
| **End:** | Mon 6/15/2020 12:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Jeanne Farrar |
| **Required Attendees:** | 'Wayne Harman'; Garrett Fahy; Stephanie Cobau; 'Chris Ridder'; Craig Mariam |

Dial-in: 1-888-435-4283; and enter
Passcode 213 270 7856