Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Garrett M. Fahy (SBN: 267103)
gfahy@grsm.com
Stephanie L. Cobau (SBN: 307713)
scobau@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (877) 306-0043

Attorneys for Defendants Raymond Lei
And OoShirts, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF DUNHAM, as an individual and in his capacity as TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND LEI, an individual; OOSHIRTS, INC., d/b/a TEECHIP and TEECHILI; and DOES 1-50,<br><br>Defendants. | CASE NO. 2:20-CV-03716-DMG-MAA<br><br>Judge: Honorable Dolly M. Gee<br>Magistrate Judge: Honorable Maria Audero<br>Courtroom: 8C<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. One of my business addresses is: GORDON REES SCULLY MANSUKHANI, LLP, 633 W. 5th Street, 52nd Floor, Los Angeles, California 90071. On August 21, 2020, I served the within document(s):

1. DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS;

2. DECLARATION OF CRAIG J. MARIAM IN SUPPORT OF DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S REPLY

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

| | |
|---|---|
| 1 | TO MOTION TO DISMISS |
| 2 | ☒ **BY ELECTRONIC FILING.** I hereby certify that on **August 21, 2020,** a copy of the foregoing document(s) were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail, through the Court's electronic filing system. |
| 6 | ☐ **BY U.S. MAIL:** I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below. |
| 8 | ☐ **BY ELECTRONIC MAIL**: I caused such document(s) to be electronically mailed in .pdf format as an e-mail attachment to each addressee for the above-entitled case as listed below. The transmission was complete and confirmed. A copy of the transmittal e-mail will be maintained with the original document(s) in our office. |
| 11 | ☐ **BY OVERNIGHT MAIL.** I deposited said document(s) in a box or other facility regularly maintained by the express service carrier (Federal Express) providing overnight delivery pursuant to Code of Civil Procedure §1013(c) as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP. |

| | |
|---|---|
| Martin D. Singer, Esq.<br>Thomas Wayne Harman, Esq.<br>Jake A. Camara, Esq.<br>LAVELY & SINGER, P.C.<br>2049 Century Park East, Suite 2400<br>Los Angeles, CA 90067-2906<br>Tel: 310-556-3501<br>Fax: 310-556-3615<br>Email: mdsinger@lavelysinger.com<br>         wharman@lavelysinger.com<br>         jcamara@lavelysinger.com | Attorneys for Plaintiff,<br>JEFF DUNHAM as an individual and in his capacity as TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010 |
| Kevin Richard Lussier, Esq.<br>Veatch Carlson, LLP<br>1055 Wilshire Boulevard, Floor 11<br>Los Angeles, CA 90017<br>Tel: 213-381-2861<br>Fax: 213-383-6370 | Attorney for Defendants Raymond Lei<br>And OoShirts, Inc. |
| Keith Gregory Adams, Esq.<br>Murphy Pearson Bradley and Feeney<br>550 South Hope Street Suite 650<br>Los Angeles, CA 90071<br>213-327-3500<br>Fax: 213-627-2445<br>Email: kadams@mpbf.com | Attorney for Defendants Raymond Lei and Ooshirts, Inc. dba Teechip dba Teechili |

///

1  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that under penalty of perjury under the laws of the United States of America that the above is true and correct.

I further declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **August 21, 2020**.

_Jeanne P. Farrar_
Jeanne P. Farrar

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071