1    Craig J. Mariam (SBN:  225280)
     cmariam@grsm.com
2    Garrett M. Fahy (SBN:  267103)
     gfahy@grsm.com
3    Stephanie L. Cobau (SBN:  307713)
     scobau@grsm.com
4    GORDON REES SCULLY MANSUKHANI, LLP
     633 West Fifth Street, 52nd Floor
5    Los Angeles, CA 90071
     Telephone:  (213)576-5000
6    Facsimile:  (877) 306-0043

7    Keith G. Adams (SBN: 240497)
     kadams@mpbf.com
8    MURPHY PEARSON BRADLEY & FEENEY
     550 South Hope Street, Suite 650
9    Los Angeles, CA 90071
     Telephone: (213) 327-3500
10   Facsimile: (213) 627-2445

11   Attorneys for Defendants Raymond Lei
     and ooShirts, Inc.
12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15   JEFF DUNHAM, as an individual and in ) CASE NO.  2:20-CV-03716-DMG-
     his capacity as TRUSTEE OF THE JEFF ) MAA
16   DUNHAM TRUST DATED MARCH            )
     24, 2010,                          ) Judge: Honorable  Dolly M. Gee
17                                       ) Magistrate Judge: Honorable Maria
                          Plaintiff,     ) Audero
18                                       ) Courtroom: 8C
            v.                           )
19                                       ) **DEFENDANTS RAYMOND LEI**
     RAYMOND LEI, an individual;         ) **AND OOSHIRTS, INC.'S**
20   OOSHIRTS, INC., d/b/a TEECHIP and   ) **AMENDED ANSWER TO FIRST**
     TEECHILI; and DOES 1-50,            ) **AMENDED COMPLAINT AND**
21                                       ) **AFFIRMATIVE DEFENSES**
                          Defendants.    )
22                                       ) **JURY TRIAL DEMANDED**
                                         )
23                                       ) First Am. Compl. filed:  June 28, 2021
                                         )
24   _____)

25   ///

26   ///

27   ///

28   ///

-1-
DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

Defendants Raymond Lei and ooShirts, Inc. (collectively, "Defendants") hereby respond to Plaintiff Jeff Dunham's ("Plaintiff") First Amended Complaint ("FAC") as follows:

## NATURE OF THE ACTION

1.    Responding to Paragraph 1, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

2.    Responding to Paragraph 2, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

3.    Responding to Paragraph 3, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

4.    Responding to Paragraph 4, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

5.    Responding to Paragraph 5, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

6.    Responding to Paragraph 6, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

7.    Responding to Paragraph 7, Defendants deny each and every allegation in this Paragraph.

8.    Responding to Paragraph 8, Defendants admit only that Plaintiff brings this action, seeking compensatory, punitive, and statutory damages.  As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

## THE PARTIES

9.      Responding to Paragraph 9, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

10.      Responding to Paragraph 10, Defendants deny that Raymond Lei resides in the County of Santa Clara, and further deny that Mr. Lei conducts business in the County of Los Angeles. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

11.      Responding to Paragraph 11, Defendants admit only that ooShirts is a California corporation with a place of business located at 39899 Balentine Drive, Suite 220, Newark, California 94560, that it conducts business in the County of Los Angeles, and that it operates www.teechip.com.   As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

12.      Responding to Paragraph 12, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

13.      Responding to Paragraph 13, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

14.      Responding to Paragraph 14, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

15.      Responding to Paragraph 15, Defendants deny each and every allegation in this Paragraph.

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

**JURISDICTION AND VENUE**

16.    Responding to Paragraph 16, this Paragraph sets forth legal conclusions as to the issue of subject matter jurisdiction, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

17.    Responding to Paragraph 17, Defendants admit only that they conduct business in this District. Defendants deny that they have offered for sale, manufactured, and/or sold products that infringe Plaintiff's intellectual property rights, if any. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

18.    Responding to Paragraph 18, this Paragraph sets forth legal conclusions as to the issue of supplemental jurisdiction, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

19.    Responding to Paragraph 19, this Paragraph sets forth legal conclusions as the issue of venue, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

**GENERAL ALLEGATIONS**

20.    Responding to Paragraph 20, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

21.    Responding to Paragraph 21, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

22.    Responding to Paragraph 22, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

23. Responding to Paragraph 23, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

24. Responding to Paragraph 24 (and its subparts), Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

25. Responding to Paragraph 25, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

26. Responding to Paragraph 26, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

27. Responding to Paragraph 27 (and its subparts), Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

28. Responding to Paragraph 28 (and its subparts), Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

29. Responding to Paragraph 29, this paragraph sets forth a legal conclusion with respect to what constitutes a "distinctive" trademark, to which no response is required. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

30. Responding to Paragraph 30, this Paragraph sets forth a legal conclusion as the validity of Plaintiff's intellectual property, to which no response is required. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1   31.   Responding to Paragraph 31, Defendants lack knowledge or
2   information sufficient to respond to the allegations, and on that basis deny the
3   same.

4   32.   Responding to Paragraph 32, Defendants admit only that ooShirts,
5   Inc. operates www.teechip.com, which contains listings of products created by
6   independent, third party sellers. As to any remaining allegations, Defendants lack
7   knowledge or information sufficient to respond and on that basis deny the same.

8   33.   Responding to Paragraph 33, Defendants admit only that ooShirts,
9   Inc. operates an automated, print-on-demand business and provide certain
10  logistical services to independent, third party sellers, such as shipping. As to any
11  remaining allegations, Defendants lack knowledge or information sufficient to
12  respond and on that basis deny the same.

13  34.   Responding to Paragraph 34, Defendants admit only that ooShirts,
14  Inc. has a printing facility in Indiana.  Defendants deny that ooShirts, Inc. has a
15  printing facility in Pennsylvania and California.  As to any remaining allegations,
16  Defendants lack knowledge or information sufficient to respond and on that basis
17  deny the same.

18  35.   Responding to Paragraph 35, Defendants deny each and every
19  allegation in this Paragraph.

20  36.   Responding to Paragraph 36, Defendants deny each and every
21  allegation in this Paragraph.

22  37.   Responding to Paragraph 37, Defendants deny each and every
23  allegation in this Paragraph.

24  38.   Responding to Paragraph 38, Defendants lack knowledge or
25  information sufficient to respond to the allegations, and on that basis deny the
26  same.

27  ///

28  ///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

39.     Responding to Paragraph 39, Defendants admit only that ooShirts, Inc. was a party to (i) *Home Box Office, Inc. v. Ooshirts, Inc.*, Civ. Action No. 18-CV-4645 (S.D.N.Y 2018), (ii) *Atari Interactive, Inc. v. Ooshirts, Inc.*, Case No. 3:19-CV-00264-WHO (N.D. Cal. 2019), and (iii) *Hoelck v. Ooshirts, Inc. et al.*, 1:18-cv-00062-AT (S.D.N.Y. 2018).  As to the remainder of this Paragraph, it sets forth a legal conclusion as to conduct constituting knowing and willful infringement, to which no response is required; alternatively; to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond to the allegations and on that basis deny the same.

40.     Responding to Paragraph 40, Defendants admit only that www.teechip.com offers search functionality. Defendants further admit that www.teechili.com, which was taken down, offered search functionality. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

41.     Responding to Paragraph 41, Defendants deny each and every allegation in this Paragraph.

42.     Responding to Paragraph 42, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement 17 U.S.C §§ 101)

43.     Responding to Paragraph 43, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 43 of the FAC.

44.     Responding to Paragraph 44, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-7-

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

45.     Responding to Paragraph 45, this Paragraph sets forth a legal conclusion as to activity constituting infringement, to which no response is required.   Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

46.     Responding to Paragraph 46, this Paragraph sets forth a legal conclusion as to activity constituting willful infringement, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

47.     Responding to Paragraph 47, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

48.     Responding to Paragraph 48, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

49.     Responding to Paragraph 49, Defendants deny that they have infringed Plaintiff's intellectual property rights.   The remaining portion of this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required.   Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

50.     Responding to Paragraph 50, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required.   Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

51.     Responding to Paragraph 51, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required.   Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

52.     Responding to Paragraph 52, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

## SECOND CLAIM FOR RELIEF

### (Trademark/Trade Dress Infringement and Counterfeiting)

53.     Responding to Paragraph 53, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 53 of the FAC.

54.     Responding to Paragraph 54, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

55.     Responding to Paragraph 55, this Paragraph sets forth a legal conclusion as to the validity of Plaintiff's alleged intellectual property, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

56.     Responding to Paragraph 56, this Paragraph sets forth a legal conclusion as to the validity of Plaintiff's alleged intellectual property, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

57.     Responding to Paragraph 57, this Paragraph sets forth a legal conclusion as to activity constituting use in commerce, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

58.    Responding to Paragraph 58, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

59.    Responding to Paragraph 59, this Paragraph sets forth a legal conclusion as to conduct constituting willful infringement and/or counterfeiting, to which to response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

60.    Responding to Paragraph 60, Defendants deny that they have infringed Plaintiff's intellectual property rights, if any.  The remaining portion of this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required; alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

61.    Responding to Paragraph 61, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

62.    Responding to Paragraph 62, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

63.    Responding to Paragraph 63, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

**THIRD CLAIM FOR RELIEF**

**(Trademark/Trade Dress Dilution, 15 U.S.C. §1125(c))**

64.    Responding to Paragraph 64, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 64 of the FAC.

65.    Responding to Paragraph 65, this Paragraph sets forth a legal conclusion as to the validity of Plaintiff's alleged intellectual property, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

66.    Responding to Paragraph 66, this Paragraph sets forth a legal conclusion as to the validity of Plaintiff's alleged intellectual property, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

67.    Responding to Paragraph 67, this Paragraph sets forth a legal conclusion as to conduct constituting dilution, to which to response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

68.    Responding to Paragraph 68, Defendants deny that they committed any acts of willful trade dress and/or trademark dilution. As to the remainder of this Paragraph, it sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

69.    Responding to Paragraph 69, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

70.    Responding to Paragraph 70, Defendants deny that any conduct by them will cause Plaintiff irreparable damage. As to the remainder of this Paragraph, it sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required; alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

71.    Responding to Paragraph 71, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

72.    Responding to Paragraph 72, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

## FOURTH CLAIM FOR RELIEF

### (False Designation of Origin, 15 U.S.C. §1125(a))

73.    Responding to Paragraph 73, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 73 of the FAC.

74.    Responding to Paragraph 74, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

///

///

-12-

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

75. Responding to Paragraph 75, this Paragraph sets forth a legal conclusion as to the validity of Plaintiff's alleged intellectual property, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

76. Responding to Paragraph 76, Defendants deny that they have infringed Plaintiff's intellectual property rights, if any. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

77. Responding to Paragraph 77, this Paragraph sets forth a legal conclusion as to activity constituting "false designation of origin[,]" to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

78. Responding to Paragraph 78, this Paragraph sets forth a legal conclusion as to conduct constituting willful infringement, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

79. Responding to Paragraph 79, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

80. Responding to Paragraph 80, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

81.     Responding to Paragraph 81, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

82.     Responding to Paragraph 82, Defendants deny that any conduct by them will cause Plaintiff irreparable damage. As to the remainder of this Paragraph, it sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

83.     Responding to Paragraph 83, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

### FIFTH CLAIM FOR RELIEF

### (Contributory Copyright Infringement)

84.     Responding to Paragraph 84, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 84 of the FAC.

85.     Responding to Paragraph 85, admit only that www.teechip.com provides search functionality. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

86.     Responding to Paragraph 86, this Paragraph sets forth a legal conclusion as to conduct constituting willful blindness, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

87.   Responding to Paragraph 87, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

88.   Responding to Paragraph 88, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

## SIXTH CLAIM FOR RELIEF

### (Contributory Trademark/Trade Dress Infringement and Counterfeiting)

89.   Responding to Paragraph 89, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 89 of the FAC.

90.   Responding to Paragraph 90, Defendants admit only that www.teechip.com provides search functionality. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.  As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

91.   Responding to Paragraph 91, this Paragraph sets forth a legal conclusion as to conduct constituting willful blindness, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

92.   Responding to Paragraph 92, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

93.     Responding to Paragraph 93, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

## SEVENTH CLAIM FOR RELIEF

### (Vicarious Copyright Infringement)

94.     Responding to Paragraph 94, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 94 of the FAC.

95.     Responding to Paragraph 95, Defendants deny that they benefit from any third party infringement or that they are paid a "percentage of every sale of every product displayed" on the relevant websites. As to any remaining allegations, lack knowledge or information sufficient to respond and on that basis deny the same.

96.     Responding to Paragraph 96, Defendants admit only that independent, third party sellers are required to agree to and abide by the TeeChip Terms of Use. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

97.     Responding to Paragraph 97, Defendants admit only that independent, third party sellers are required to agree to and abide by the TeeChip Terms of Use. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

98.     Responding to Paragraph 98, Defendants admit only that they have terminated an account of an independent, third party seller. As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

99.     Responding to Paragraph 99, Defendants admit only that they operate an automated, print-on-demand business and provide certain logistical services to independent, third party sellers.  Defendants deny that they are "directly involved" in establishing product prices or that they "retain profits" from independent, third party sellers' sales.  The remainder of this Paragraph sets forth a legal conclusion as to a party's ability to control the infringing conduct of another, to which no response is required; alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

100.   Responding to Paragraph 100, Defendants admit only that they have received DMCA notices from Plaintiff and have taken reasonable steps in relation to the same.  As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

101.   Responding to Paragraph 101, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

102.   Responding to Paragraph 102, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Copyright Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

## EIGHTH CLAIM FOR RELIEF

### (Vicarious Trademark/Trade Dress Infringement)

103.   Responding to Paragraph 103, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 103 of the FAC.

///

///

-17-

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

104.   Responding to Paragraph 104, Defendants admit only that they have received DMCA notices from Plaintiff and have taken reasonable steps in relation to the same.   The remainder of this Paragraph sets forth a legal conclusion, to which no response is required; alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

105.   Responding to Paragraph 105, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

106.   Responding to Paragraph 106, this Paragraph sets forth a legal conclusion as to the remedies afforded by the Lanham Act, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

### NINTH CLAIM FOR RELIEF

### (Violation of California Civil Code § 3344)

107.   Responding to Paragraph 107, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 107 of the FAC.

108.   Responding to Paragraph 108, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

109.   Responding to Paragraph 109, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

110.   Responding to Paragraph 110, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

111. Responding to Paragraph 111, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

112. Responding to Paragraph 112, this Paragraph sets forth a legal conclusion with respect to conduct constituting a violation of California Civil Code § 3344, to which no response is required.   As to any remaining allegations, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

113. Responding to Paragraph 113, this Paragraph sets forth a legal conclusion as to the remedies afforded by California Civil Code § 3344, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

114. Responding to Paragraph 114, this Paragraph sets forth a legal conclusion as to the remedies afforded by California Civil Code §3344, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

115. Responding to Paragraph 115, this Paragraph sets forth a legal conclusion as to the remedies afforded by California Civil Code § 3344, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

116. Responding to Paragraph 116, this Paragraph sets forth a legal conclusion as to the remedies afforded by California Civil Code § 3344, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## TENTH CLAIM FOR RELIEF

### (For Common Law Misappropriation of the Right of Publicity)

117.   Responding to Paragraph 117, Defendants incorporate by reference their responses to the allegations in Paragraphs 1 through 42 above, as their response to Paragraph 117 of the FAC.

118.   Responding to Paragraph 118, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

119.   Responding to Paragraph 119, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

120.   Responding to Paragraph 120, Defendants lack knowledge or information sufficient to respond to the allegations, and on that basis deny the same.

121.   Responding to Paragraph 121, this Paragraph sets forth a legal conclusion as to the remedies afforded in connection with a claim for misappropriation, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

122.   Responding to Paragraph 122, this Paragraph sets forth a legal conclusion as to the remedies afforded in connection with a claim for misappropriation, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

///

///

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1

2

3

4

5

123.   Responding to Paragraph 123, this Paragraph sets forth a legal conclusion as to the remedies afforded in connection with a claim for misappropriation, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

6

7

8

9

10

124.   Responding to Paragraph 124, this Paragraph sets forth a legal conclusion as to the remedies afforded in connection with a claim for misappropriation, to which no response is required. Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

11

12

13

14

15

16

125.   Responding to Paragraph 125, Defendants deny that any conduct by them, threatens to cause Plaintiff irreparable injury.  As to the remainder of this Paragraph, it sets forth a legal conclusion as to the remedies afforded in connection with a claim for misappropriation, to which no response is required.  Alternatively, to the extent a response is necessary, Defendants lack knowledge or information sufficient to respond and on that basis deny the same.

17

**PRAYER FOR RELIEF**

18

19

20

21

Responding to Plaintiff's Prayer for Relief (including its subparts), the Prayer for Relief merely purports to set forth legal conclusions and questions of law to which no response is required. Alternatively, to the extent a response is necessary, Defendants deny that Plaintiff is entitled to the requested relief.

22

///

23

///

24

///

25

///

26

///

27

///

28

///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

-21-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## AFFIRMATIVE DEFENSES

Pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, Defendants set forth the following matters constituting an avoidance or affirmative defense:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim – Rule 12)

The FAC and each claim contained therein fail to state facts sufficient to constitute a cause of action on multiple bases, including, but not limited to, because the allegations do not identify any intentional conduct by Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff's claims are barred by the doctrine of waiver.

## THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims are barred by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Uncertain, Ambiguous and/or Unintelligible FAC)

The alleged claims, and each of them, are uncertain, ambiguous and/or unintelligible.

## FIFTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The claims, and each of them, are barred by the applicable statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff has unreasonably delayed in bringing this action to the prejudice of Defendants and is therefore barred from bringing this action by the doctrine of laches.

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

1

2

## SEVENTH AFFIRMATIVE DEFENSE

### (Ratification)

Plaintiff assisted, consulted, directed, ordered, approved and/or ratified Defendant's conduct, and is therefore estopped from claiming any damages, if any, there were.

## EIGHTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

Plaintiff lacks standing or capacity to bring or maintain this action or obtain the relief sought.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Name Necessary and Indispensable Parties)

Plaintiff has failed to name all necessary and indispensable parties to this action.

## TENTH AFFIRMATIVE DEFENSE

### (Privilege)

The claims are barred due to privilege, absolute or qualified, including, but not limited to, the litigation privilege and/or common interest privilege.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Act or Omission of Others)

No act or omission of Defendants was a substantial factor in bringing about the damages alleged, nor was any act or omission of Defendants a contributing cause thereof. Any alleged acts or omissions of Defendants were superseded by the acts or omissions of others, including Plaintiff or other third parties named or not named as in the FAC, which were the independent, intervening and proximate cause of the damage or loss allegedly sustained by Plaintiff.

///

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## TWELFTH AFFIRMATIVE DEFENSE

### (Duty of Mitigate)

The FAC and each cause of action contained therein are barred because Plaintiff had a duty to take reasonable steps to mitigate and/or avoid his alleged damages. Defendants, on information and belief, allege that Plaintiff failed to take any steps or delayed unreasonably in doing so. Had Plaintiff timely and diligently taken reasonable steps to mitigate and/or avoid his alleged damages, such alleged damages, if any, would have been reduced or avoided altogether.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Consent / Acquiescence)

The FAC and each claim contained therein are barred, in whole or in part, because Plaintiff's consent and/or acquiescence to the acts which form the basis for the claims.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Innocent Infringement / Good Faith)

If and to the extent Plaintiff's work was infringed, Defendants acted in good faith, innocent of any knowledge or intent to infringe Plaintiff's rights.  If such good faith and lack of intent does not, as a matter of law, preclude a finding of liability, any general or statutory damages awarded to Plaintiff should be correspondingly reduced.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (The Digital Millennium Copyright Act – Safe Harbor Provisions)

Plaintiff's claims are barred in whole or in part because Defendants are protected by one or more of the Digital Millennium Copyright Act ("DMCA") Safe Harbors, 17 U.S.C. § 512.

///

///

///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Preemption by Communications Decency Act)

Plaintiff's claims, in whole or in part, are preempted by Section 230 of the Communications Decency Act, 47 U.S.C. § 230(c).

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Innocent Printer - 15 U.S.C. § 1114(2)(A))

If and to the extent Plaintiff's trademarks and/or trade dress were infringed, Defendants acted solely as an innocent printer. If such does not, as a matter of law, preclude a finding of liability, Plaintiff's remedy is limited to an "an injunction against future printing."

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Invalid Copyright)

Plaintiff's purported copyrights and registrations are invalid, properly subject to invalidation, void, and/or unenforceable based upon deficiencies, for which further investigation or discovery is likely to provide evidentiary support, as follows: (a) the registrations for the purported copyrights contain material that is not original and/or is not protectable as a matter of law; (b) the registrations for the purported copyrights contain materials originally developed by persons or entities other than Plaintiff; (c) the registrations for the purported copyrights contain materials in the public domain; (d) the registrations for the purported copyrights show designs drawn to *scènes à faire*, that is, to designs that are ordinary, commonplace, or standard in the relevant art or industry; and/or (e) the registrations were not properly obtained and/or do not provide protection for the works identified in the FAC.

///

///

///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## NINETEENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Any purported damages sought by the Plaintiff in the form of Defendants' profits are limited by the apportionment theory based on the percentage of profits attributable to the alleged infringing works, not the entirety of Defendants' profit from the alleged infringing products and/or services.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Fraud at Registration)

Plaintiff's claims are barred, in whole or in part, by Plaintiff's fraud or deception on the Copyright Office and/or U.S. Patent and Trademark Office in the application for registration by misstating authorship, ownership, and/or making incorrect deposits or statements regarding publication and/or contents of what was published and what were new to those published works. Defendants, on information and belief, allege that Plaintiff failed to disclose pre-existing material from which the registrations were derived.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Fair Use)

Defendants' use, if any, of the purported intellectual property constitutes fair use.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Abandonment)

Plaintiff has abandoned any and all rights he may have or had to the purported intellectual property that is the subject of this litigation.

///
///
///
///
///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## TWENTY-THIRD AFFIRMATIVE DEFENSE
### (License / Authorization)

This action is barred in whole or in part due to Plaintiff's implied or express license and/or authorization to use and/or incorporate the works into the accused posts, products, and/or services.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE
### (Equitable Indemnity)

Defendants assert their right to equitable indemnification against other third party(s) who are legally responsible for any valid claims asserted by Plaintiff.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE
### (Lack of Notice)

Plaintiff failed to properly mark his alleged copyrighted material and failed to give Defendants written notice.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE
### (Merger)

Plaintiff's claims are barred by the doctrine of merger.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Timely Register)

Plaintiff failed to timely register his purported intellectual property such that he is precluded from seeking statutory damages and/or attorneys' fees.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE
### (Misuse)

Plaintiff's claims are barred, in whole or in part, by the doctrine of copyright and/or trademark misuse.

///
///
///
///

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

## TWENTY-NINTH AFFIRMATIVE DEFENSE

## (Lack of Originality)

Plaintiff's copyrights, including any registrations therein, are invalid because they claim material originally developed and/or published/registered by persons other than Plaintiff.

## PRAYER FOR RELIF

Defendants pray for judgment against Plaintiff as follows:

1.     That Plaintiff takes nothing by virtue of his FAC;

2.     That Plaintiff's FAC be dismissed with prejudice;

3.     For costs and disbursements incurred herein, including attorney's fees and costs; and,

4.     For such other relief as the Court may deem appropriate.

## JURY DEMAND

In accordance with Federal Rule of Civil Procedure 38(b), Defendants demand a jury trial on all issues so triable.

Respectfully submitted,

Dated:  July 28, 2021          GORDON REES SCULLY MANSUKHANI, LLP


                               By:   /s/ Craig J. Mariam
                                     Craig J. Mariam
                                     Garrett M. Fahy
                                     Stephanie L. Cobau
                                     Attorneys for Defendants Raymond Lei
                                     and ooShirts, Inc.


                               MURPHY PEARSON BRADLEY & FEENEY

                               By: /s/ Keith G. Adams
                                     Keith G. Adams
                                     Attorneys for Defendants Raymond Lei
                                     and ooShirts, Inc.

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**633 West Fifth Street, 52nd floor**
**Los Angeles, CA 90071**

## <u>CERTIFICATION OF APPROVAL OF CONTENT</u>

I, Craig J. Mariam, counsel for Defendants, in the above-entitled matter, hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing, pursuant to Local Rule 5-4.3.4.

<u>/s/ Craig J. Mariam</u>

DEFENDANTS RAYMOND LEI AND OOSHIRTS, INC.'S AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES