UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFF DUNHAM,

Plaintiff,

v.

RAYMOND LEI, et al.,

Defendants.

Case No.: 2:20-cv-03716-MEMF(MAAx)

**ORDER SETTING PRETRIAL AND TRIAL DATES**

The Court hereby ORDERS that the Scheduling Order governing this action is set forth in the attached Schedule of Pretrial and Trial Dates. The box in the upper right-hand corner of the chart states whether the trial will be by jury or court. If the parties[1] seek to set additional dates, they may file a Stipulation and Proposed Order. This may be appropriate in class actions, patent cases, or cases for benefits under the Employee Retirement Income Security Act of 1974 ("ERISA").

The parties should refer to the Court's Standing Order for requirements regarding specific motions, discovery, certain types of filings, courtesy copies, emailing signature items to chambers,

[1] The term "parties" includes unrepresented parties—that is parties without attorneys, also referred to as "pro se litigants"—as well as counsel for represented parties.

alternative dispute resolution, and other matters pertaining to all cases. A copy of the Court's Standing Order is available on Judge Frimpong's webpage at https://www.cacd.uscourts.gov/honorable-maame-ewusi-mensah-frimpong.

The Court will issue a Civil Trial Order in due course.

IT IS SO ORDERED.

Dated: April 19, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

**DISTRICT JUDGE MAAME EWUSI-MENSAH FRIMPONG**
**SCHEDULE OF PRETRIAL AND TRIAL DATES**

| Trial and Final Pretrial Conference Dates | Court Order |
| --- | --- |
| Trial | May 15, 2023, at 8:30 a m.<br>☒ Jury Trial or ☐ Bench Trial<br>Est. 10 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine | April 26, 2023, at 9:00 a m. |
| **Event**[2]<br>Note: Hearings shall be on Thursdays at 10:00 a m. | **Court Order** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Thursday] | December 3, 2021 |
| Fact Discovery Cut-Off | November 9, 2022 |
| Expert Disclosure (Initial) | November 16, 2022 |
| Expert Disclosure (Rebuttal) | November 30, 2022 |
| Expert Discovery Cut-Off | December 14, 2022 |
| Last Date to Hear Motions [Thursday]<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 1 week after motion is filed<br>• Reply due 1 week after opposition is filed | February 2, 2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | February 15, 2023 |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | March 29, 2023 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | April 12, 2023 |

[2] The parties may seek dates for additional events by filing a separate stipulation and proposed order.