**MARTIN D. SINGER (BAR NO. 78166)**
mdsinger@lavelysinger.com
**T. WAYNE HARMAN (BAR NO. 254089)**
wharman@lavelysinger.com
**JAKE A. CAMARA (BAR NO. 305780)**
jcamara@lavelysinger.com
**LAVELY & SINGER, P.C.**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615

Attorneys for Plaintiff
JEFF DUNHAM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JEFF DUNHAM, as an individual and in his capacity as TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAYMOND LEI, an individual; OOSHIRTS, INC., d/b/a TEECHIP and TEECHILI; and DOES 1-10,<br><br>                    Defendants. | CASE NO.:  2:20-cv-03716-MEMF (MAAx)<br><br>[Hon. Maame Ewusi-Mensah Frimpong]<br><br>Magistrate Judge: Honorable Maria Audero<br><br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

4689-7

Pursuant to this Court's September 14, 2022 Order, Plaintiff JEFF DUNHAM, as an individual and in his capacity as TRUSTEE OF THE JEFF DUNHAM TRUST DATED MARCH 24, 2010 ("Plaintiff"), and Defendants RAYMOND LEI and OOSHIRTS, INC. (together, "Defendants") provide this Court with the following update regarding the status of settlement.

The Parties have reached a settlement of the above-captioned matter pursuant to a fully-executed, written settlement agreement. Pursuant to the terms of that agreement, dismissal of this action with prejudice is conditioned on the completion of certain events that are scheduled to occur on or before October 19, 2022. Assuming those events occur, the Parties expect to be able to dismiss this action (and request that this Court retain jurisdiction to enforce the terms of the settlement agreement) on or after October 24, 2022.

The Parties respectfully request that this Court continue the deadline to file a notice of dismissal (and request for the Court to retain jurisdiction to enforce the terms of the settlement agreement) to the first available date on or after November 1, 2022.

Dated:  October 11, 2022

LAVELY & SINGER
  PROFESSIONAL CORPORATION
MARTIN D. SINGER
T. WAYNE HARMAN

By:   /s/ T. Wayne Harman
T. WAYNE HARMAN
Attorneys for Plaintiff
JEFF DUNHAM

Dated:  October 11, 2022

GORDON REES SCULLY
  MANSUKHANI, LLP
CRAIG J. MARIAM
JOHN P. COGGER
GARRETT M. FAHY

By:   /s/ Craig J. Mariam
CRAIG J. MARIAM
Attorneys for Defendants
RAYMOND LEI and OOSHIRTS, INC.

1 | Dated:  October 11, 2022

MURPHY PEARSON BRADLEY AND
FEENEY
KEITH GREGORY ADAMS
JOSHUA Y. QUAYE

By:   /s/ Keith Gregory Adams
KEITH GREGORY ADAMS
Attorneys for Defendants
RAYMOND LEI and OOSHIRTS, INC.

2